**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


| | | |
|---|---|---|
| Matthew Rico, | ) | CASE NO. 4:21 CV 616 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Lordstown Motors, Corp., *et al.*, | ) | <u>Order of Consolidation</u> |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| Robert Palumbo, | ) | CASE NO. 4:21 CV 633 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Lordstown Motor Corp., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| Sulayman Zuod, | ) | CASE NO. 4:21 CV 720 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Lordstown Motor Corp., *et al.*, | ) | |
| | ) | |

1

|  |  |  |  |
|---|---|---|---|
| **Defendants.** | **)** | | |

---

| | | | |
|---|---|---|---|
| **Jesse Brury,** | **)** | **CASE NO. 4:21 CV 760** | |
| | **)** | | |
| **Plaintiff,** | **)** | | |
| | **)** | | |
| **vs.** | **)** | | |
| | **)** | | |
| **Lordstown Motor Corp.,** *et al.***,** | **)** | | |
| | **)** | | |
| **Defendants.** | **)** | | |

---

There are currently four pending class action securities fraud cases filed against Lordstown Motors Corp. and certain individual defendants.  The Court has reviewed the complaints and finds that consolidation is appropriate because the complaints allege similar instances of wrongdoing against the defendants.  Consolidation will also preserve judicial resources and promote efficiency in resolving the pending matters.  Accordingly, it is hereby ORDERED that the four above-captioned cases are hereby consolidated for all purposes.  Any subsequent case filed before the undersigned or transferred as a related action will be subject to this Order.

**All filings must be made solely in Case No. 21 CV 616,** *i.e.***, the first-filed case, and need only contain the case caption for that case**.

IT IS SO ORDERED.

 /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge
Dated: 4/13/21               Chief Judge