**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**YOUNGSTOWN DIVISION**

| | |
|---|---|
| MATTHEW RICO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, and JULIO RODRIGUEZ, <br><br> Defendants. | Case No. 4:21-cv-00616-PAG <br><br> **MOTION OF ESKANDAR TEHRANI AND DARI TEHRANI FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| RAYMOND ROMANO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LORDSTOWN MOTORS CORPORATION, STEPHEN S. BURNS, DAVID T. HAMAMOTO, MARK A. WALSH, ANDREW C. RICHARDSON, STEVEN R. HASH, and JUDITH A. HANNAWAY, <br><br> Defendants. | Case No. 4:21-cv-00994-JRA |

[caption continues on following page]

|  |  |
|---|---|
| FNY MANAGED ACCOUNTS LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, JULIO RODRIGUEZ, SHANE BROWN, and DARREN POST,<br><br>      Defendants. | Case No. 4:21-cv-01021-PAG |

1

Eskandar Tehrani and Dari Tehrani (the "Tehrani Brothers") move this Court for an order: (1) consolidating the above-captioned actions; (2) appointing the Tehrani Brothers as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving the Tehrani Brothers' selection of Glancy Prongay & Murray LLP as Lead Counsel and Kooperman Mentel Ferguson Yaross, Ltd. as Liaison Counsel for the class; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

The Tehrani Brothers seek consolidation of related actions, appointment as lead plaintiff and approval of their choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA.  This motion is based on the attached memorandum of law, the declaration of Katherine Connor Ferguson, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Respectfully submitted,

Dated:  May 17, 2021

**KOOPERMAN MENTEL FERGUSON YAROSS, LTD.**

*/s/ Katherine Connor  Ferguson*
Katherine Connor Ferguson, Esq. (0079207)
Lindsay M. Nelson, Esq. (0095560)
100 South 4th Street, Suite 100
Columbus, Ohio 43215
Telephone: (614) 344-4800
Facsimile: (614) 344-4801
Email: kferguson@kmfylaw.com
Email: lnelson@kmfylaw.com
*Liaison Counsel for Eskandar Tehrani and Dari Tehrani and Proposed Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100

Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
clinehan@glancylaw.com

*Counsel for Eskandar and Dari Tehrani and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021 a copy of the foregoing was filed electronically with the Court through its Electronic Case Filing System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Katherine Connor Ferguson*
Katherine Connor Ferguson