# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**YOUNGSTOWN DIVISION**

| | |
|---|---|
| MATTHEW RICO, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-cv-00616-PAG |
| Plaintiff, | **DECLARATION OF KATHERINE CONNOR FERGUSON IN SUPPORT OF MOTION OF ESKANDAR TEHRANI AND DARI TEHRANI FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| v. | |
| LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, and JULIO RODRIGUEZ, | |
| Defendants. | |
| RAYMOND ROMANO, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-cv-00994-JRA |
| Plaintiff, | |
| v. | |
| LORDSTOWN MOTORS CORPORATION, STEPHEN S. BURNS, DAVID T. HAMAMOTO, MARK A. WALSH, ANDREW C. RICHARDSON, STEVEN R. HASH, and JUDITH A. HANNAWAY, | |
| Defendants. | |

[caption continues on following page]

FNY MANAGED ACCOUNTS LLC, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, JULIO RODRIGUEZ, SHANE BROWN, and DARREN POST,

        Defendants.

Case No. 4:21-cv-01021-PAG

I, Katherine Connor Ferguson, hereby declare as follows:

1.      I am an  attorney with the law firm Kooperman Mentel Ferguson Yaross, Ltd. liaison counsel for lead plaintiff movants Eskandar and Dari Tehrani (the "Tehrani Brothers") and proposed liaison counsel for the class in the above-captioned action.  I make this declaration in support of the Tehrani Brothers' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:      Press release published March 18, 2021 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:      Signed PSLRA Certification of the Tehrani Brothers;

Exhibit C:      Table of the Tehrani Brothers' calculated losses, as a result of transactions in Lordstown Motor Corp. securities; and

Exhibit D:      Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 17th day of May 2021.

/s/ Katherine Connor Ferguson
Katherine Connor Ferguson

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2021 a copy of the foregoing was filed electronically with the Court through its Electronic Case Filing System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Katherine Connor Ferguson*
Katherine Connor Ferguson