# EXHIBIT C

## Loss Chart

**Company Name:** Lordstown Motors Corp.
**Ticker:** RIDE
**Class Period:** August 3, 2020 to March 24, 2021

**Name:** Eskandar Tehrani

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/19/2021 | 3,000 | $24.6792 | -$74,037.6000 | | $0.0000 | -$74,037.60 |
| 3/18/2021 | 4,000 | $12.8301 | -$51,320.4000 | | $0.0000 | -$51,320.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **7,000** | | | | **Subtotal:** | **-$125,358.00** |
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $70,149.21 |
| | | | $10.0213 | 7,000 | **Total:** | **-$55,208.79** |

**Name:** Dari Tehrani

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/5/2021 | 1,000 | $26.4000 | -$26,400.0000 | | $0.0000 | -$26,400.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,000** | | | | **Subtotal:** | **-$26,400.00** |
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $10,021.32 |
| | | | $10.0213 | 1,000 | **Total:** | **-$16,378.68** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between March 24, 2021 and May 17, 2021.

| | |
|---|---|
| Eskandar Tehrani: | -$55,208.79 |
| Dari Tehrani: | -$16,378.68 |
| **Total Loss:** | **-$71,587.47** |