**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN DIVISION**

| | |
|---|---|
| MATTHEW RICO, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-cv-00616-PAG |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, and JULIO RODRIGUEZ, | |
| Defendants. | |
| RAYMOND ROMANO, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-cv-00994-JRA |
| Plaintiff, | |
| v. | |
| LORDSTOWN MOTORS CORPORATION, STEPHEN S. BURNS, DAVID T. HAMAMOTO, MARK A. WALSH, ANDREW C. RICHARDSON, STEVEN R. HASH, and JUDITH A. HANNAWAY, | |
| Defendants. | |

[caption continues on following page]

FNY MANAGED ACCOUNTS LLC,
Individually and on Behalf of All Others
Similarly Situated,

       Plaintiff,

     v.

LORDSTOWN MOTORS CORP.,
STEPHEN S. BURNS, RICH SCHMIDT,
JULIO RODRIGUEZ, SHANE BROWN,
and DARREN POST,

       Defendants.

Case No. 4:21-cv-01021-PAG

Having considered the motion of Eskandar and Dari Tehrani for consolidation of related actions, appointment as lead plaintiff, and approval of counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Lordstown Motors Corp. Securities Litigation*, Master File No. 4:21-cv-616-PAG;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Eskandar Tehrani and Dari Tehrani as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP as Lead Counsel and Kooperman Mentel Ferguson Yaross, Ltd. as Liaison Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2021      _____
                                      HON. PATRICIA A. GAUGHAN
                                      UNITED STATES DISTRICT JUDGE