UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW RICO, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 4:21-cv-00616 |
| | ) | (Consolidated with Case Nos. 4:21-cv-00633; |
| Plaintiff, | ) | 4:21-cv-00720; 4:21-cv-00760) |
| | ) | |
| vs. | ) ) | Judge Patricia A. Gaughan |
| | ) | |
| LORDSTOWN MOTORS CORP., et. al., | ) ) | CLASS ACTION |
| | ) | |
| Defendants. | ) ) | |
| | ) | |

DECLARATION OF JOSEPH F. MURRAY IN SUPPORT OF MOHAMMED CHOWDHURY AND SIMHA & PNINA COHEN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH 43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com

Local Counsel for [Proposed] Lead Plaintiff

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

4831-0410-2633.v1

- 1 -

I, JOSEPH F. MURRAY, declare as follows:

1.        I am an attorney duly licensed to practice before all of the courts of the State of Ohio and this Court.  I am a member of the law firm of Murray Murphy Moul + Basil LLP, local counsel for proposed lead plaintiff Mohammed Chowdhury and Simha & Pnina Cohen in the above-entitled consolidated securities class action.  I make this declaration in support of Dr. Chowdhury and the Cohen's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.        Attached are true and correct copies of the following exhibits:

Exhibit A:        Notice of pendency of class action published on *Globe Newswire* on March 18, 2021;

Exhibit B:        Dr. Chowdhury and the Cohens' Sworn Certifications;

Exhibit C:        Estimate of Dr. Chowdhury and the Cohens' losses, prepared by counsel; and

Exhibit D:        Joint Declaration in Support of Motion.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 17, 2021, at Columbus, Ohio.

s/ Joseph F. Murray

JOSEPH F. MURRAY

- 1 -

4831-0410-2633.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 17, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Joseph F. Murray
JOSEPH F. MURRAY

MURRAY MURPHY MOUL + BASIL LLP
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)

E-mail:  murray@mmmb.com

4831-0410-2633.v1

# Mailing Information for a Case 4:21-cv-00616-PAG Rico v. Lordstown Motors Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Jeffrey C. Block**
  jeff@blockleviton.com

- **James R. Cummins**
  jcummins@cumminslaw.us,lsolimine@cumminslaw.us,mhopkins@cumminslaw.us,docket@cumminslaw.us,avanderlaan@cumminslaw.us

- **Douglas W. Greene**
  dgreene@bakerlaw.com

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com

- **Drew T. Legando**
  drew@merrimanlegal.com,emily@merrimanlegal.com,anathea@merrimanlegal.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com

- **Joseph F. Murray**
  murray@mmmb.com,tiffany@mmmb.com,tiffany@ecf.courtdrive.com,murray@ecf.courtdrive.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Douglas L. Shively**
  dshively@bakerlaw.com

- **Scott D. Simpkins**
  sdsimp@climacolaw.com

- **Robert J. Wagoner**
  bob@wagonerlawoffice.com,Lainie@Wagonerlawoffice.com

- **Richard S. Wayne**
  rswayne@strausstroy.com,acjansen@strausstroy.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)