# EXHIBIT A

**LAWSUIT FILED: Block & Leviton LLP Has Filed a Lawsuit Against Lordstown Motors Corp. for Securities Fraud; Investors Who Lost Money Should Contact the Firm**

BOSTON, March 18, 2021 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against Lordstown Motors Corp. (NASDAQ: RIDE) and certain of its executives for securities fraud. Investors who purchased Lordstown shares between August 3, 2020 and March 17, 2021 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 309-5600, via email at cases@blockleviton.com, or to visit our website for information on the case. The deadline to seek appointment as lead plaintiff is May 17, 2021.

Before the markets opened on March 12, 2021, analyst Hindenburg Research published a scathing report on the electric light duty truck manufacturer entitled "The Lordstown Motors Mirage: Fake Orders, Undisclosed Production Hurdles, and a Prototype Inferno." According to Hindenburg, the company's claimed 100,000 pre-orders for its EV truck are "largely fictitious and used as a prop to raise capital and confer legitimacy." Hindenburg further cited significant, undisclosed production delays and a prototype that "burst into flames 10 minutes before the test drive" in January 2021, substantiating claims by former employees that the company is not conducting the needed testing or validation required by the NHTSA. On this news, Lordstown shares fell by 17% in one trading day.

Then, after the markets closed on March 17, 2021, reports emerged that Lordstown disclosed that the Company is the subject of an SEC inquiry for information following the release of the Hindenburg Research report. Then before the markets opened on March 18, 2021, Lordstown's CEO, Stephen Burns, appeared on CNBC and stated "We never said we had orders. We don't have a product yet so by definition you can't have orders." Lordstown shares fell approximately another 9% on this news.

The lawsuit is captioned *Rico v. Lordstown Motors Corp., et al.*, No. 4:21-cv-00616 (N.D. Ohio). The case was filed in the U.S. District Court for the Northern District of Ohio, and has been assigned to Judge Patricia A. Gaughan. The class period is between August 3, 2020 and March 17, 2021, inclusive. A class has not yet been certified, and until a certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

Investors who purchased Lordstown shares between August 3, 2020 and March 17, 2021 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 309-5600, via email at cases@blockleviton.com, or visit our website for information on the case. The deadline to seek appointment as lead plaintiff is May 17, 2021.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: cases@blockleviton.com
SOURCE: Block & Leviton LLP
www.blockleviton.com