# EXHIBIT B

DocuSign Envelope ID: 6CEABB03-1950-48A0-98DB-1797B3D2D356

**LORDSTOWN MOTORS CORP. (NASDAQ: RIDE)**
**CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Mohammed Chowdhury, make this declaration as to the claims asserted under the federal securities laws, that:

1.      I have fully reviewed the facts and allegations of a complaint filed in this action, and I adopt its allegations. I have authorized the filing of a motion for appointment as Lead Plaintiff on my behalf by my selected counsel, Berger Montague PC.

2.      I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3.      I am willing to serve as a representative party on behalf of the Class or to be a member of a group representing the Class, including providing testimony at deposition and trial, if necessary.

4.      My transactions in the securities of Lordstown Motors Corp. during the proposed Class Period of August 3, 2020 through and including March 24, 2021, are attached hereto as Exhibit A.

5.      I have not sought to serve as a representative party on behalf of a class under the United States federal securities laws during the three (3) year period preceding the date on which this certification is signed.

6.      I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

7.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 5/13/2021 _____

Clarks Summit, PA

DocuSigned by:

*[signature]*
3E0181FC8E074D6...

Mohammed Chowdhury

# EXHIBIT A

**Mohammed Chowdhury's Transactions in Lordstown Motors Corp. ("RIDE") During the Class Period of August 3, 2020 Through and Including March 24, 2021**

**RIDE COMMON STOCK:**

| Date | Transaction | Security | Shares | Price |
|---|---|---|---|---|
| 01/11/21 | Buy | RIDE | 3,000 | $27.0200 |
| 02/03/21 | Buy | RIDE | 1,000 | $27.4800 |
| 02/16/21 | Buy | RIDE | 3,000 | $31.0000 |
| 03/22/21 | Sell | RIDE | 1,000 | $13.2900 |

**RIDE OPTIONS:**

| Date | Transaction | Option | No. of Contracts | Price |
|---|---|---|---|---|
| RIDE Jan. 22, 2021 28.0 Call | | | | |
| 01/15/21 | Buy | RIDE Jan. 22, 2021 28.0 Call | 30 | $0.75 |
| 01/11/21 | Sell | RIDE Jan. 22, 2021 28.0 Call | 30 | $2.40 |
| RIDE Apr. 16 2021 25.0 Call | | | | |
| 01/26/21 | Buy | RIDE Apr. 16 2021 25.0 Call | 30 | $6.50 |
| 01/15/21 | Sell | RIDE Apr. 16 2021 25.0 Call | 30 | $5.20 |
| RIDE Apr. 16 2021 30.0 Call | | | | |
| 02/03/21 | Buy | RIDE Apr. 16, 2021 30.0 Call | 30 | $4.00 |
| 01/26/21 | Sell | RIDE Apr. 16, 2021 30.0 Call | 30 | $4.60 |
| RIDE Feb. 19 2021 27.5 Call | | | | |
| 02/10/21 | Buy | RIDE Feb. 19 2021 27.5 Call | 30 | $3.65 |
| 02/03/21 | Sell | RIDE Feb. 19 2021 27.5 Call | 30 | $1.90 |
| RIDE Feb. 26 2021 30.0 Call | | | | |
| 02/12/21 | Buy | Feb. 26 2021 30.0 Call | 30 | $1.40 |
| 02/10/21 | Sell | Feb. 26 2021 30.0 Call | 30 | $3.00 |

# EXHIBIT A

| RIDE Feb. 26 2021 28.0 Call | | | | |
|---|---|---|---|---|
| 02/18/21 | Buy | RIDE Feb. 26 2021 28.0 Call | 30 | $0.55 |
| 02/12/21 | Sell | RIDE Feb. 26 2021 28.0 Call | 30 | $2.10 |
| RIDE Feb. 12 2021 31.0 Put | | | | |
| 02/11/21 | Sell | RIDE Feb. 12 2021 31.0 Put | 30 | $1.60 |
| RIDE Mar. 19 2021 21.0 Call | | | | |
| 03/11/21 | Sell | Mar. 19 2021 21.0 Call | 60 | $0.48 |

M. Chowdhury

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

SIMHA & PNINA COHEN ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this __20__ day of April, 2021.

_____
SIMHA COHEN

_____
PNINA COHEN

LORDSTOWN

DocuSign Envelope ID: 8B2AFE07-2259-4967-8323-76CD653C234E

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/04/2021 | 2,905 | $27.65 |

Prices listed are rounded up to two decimal places.