# EXHIBIT C

Movants' Purchases and Losses  Class Period: 08/03/2020 - 03/24/2021  Lordstown Motors Corp.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Mohammed Chowdhury (CL A)** | 01/11/2021 | 3,000 | $27.02 | $81,060.00 | 03/22/2021 | 1,000 | $13.29 | $13,290.00 | |
| | 02/03/2021 | 1,000 | $27.48 | $27,480.00 | held | 6,000 | $10.03 | $60,171.67 | |
| | 02/16/2021[A] | 3,000 | $31.00 | $93,000.00 | | | | | |
| | | **7,000** | | **$201,540.00** | | **7,000** | | **$73,461.67** | **($128,078.33)** |
| **Mohammed Chowdhury (C27.5 02/19/21)** | 02/10/2021 | 30 | $3.65 | $10,950.00 | 02/03/2021 | 30 | $1.90 | $5,700.00 | |
| | | **30** | | **$10,950.00** | | **30** | | **$5,700.00** | **($5,250.00)** |
| **Mohammed Chowdhury (C25 04/16/21)** | 01/26/2021 | 30 | $6.50 | $19,500.00 | 01/15/2021 | 30 | $5.20 | $15,600.00 | |
| | | **30** | | **$19,500.00** | | **30** | | **$15,600.00** | **($3,900.00)** |
| **Mohammed Chowdhury (C30 04/16/21)** | 02/03/2021 | 30 | $4.00 | $12,000.00 | 01/26/2021 | 30 | $4.60 | $13,800.00 | |
| | | **30** | | **$12,000.00** | | **30** | | **$13,800.00** | **$1,800.00** |
| **Mohammed Chowdhury (C21 03/19/21)** | 03/19/2021[E] | 60 | $0.00 | | 03/11/2021 | 60 | $0.48 | $2,880.00 | |
| | | **60** | | **$0.00** | | **60** | | **$2,880.00** | **$2,880.00** |
| **Mohammed Chowdhury (C28 02/26/21)** | 02/18/2021 | 30 | $0.55 | $1,650.00 | 02/12/2021 | 30 | $2.10 | $6,300.00 | |
| | | **30** | | **$1,650.00** | | **30** | | **$6,300.00** | **$4,650.00** |
| **Mohammed Chowdhury (C30 02/26/21)** | 02/12/2021 | 30 | $1.40 | $4,200.00 | 02/10/2021 | 30 | $3.00 | $9,000.00 | |
| | | **30** | | **$4,200.00** | | **30** | | **$9,000.00** | **$4,800.00** |
| **Mohammed Chowdhury (P31 02/12/21)** | 02/12/2021[A] | 30 | $0.00 | | 02/11/2021 | 30 | $1.60 | $4,800.00 | |
| | | **30** | | **$0.00** | | **30** | | **$4,800.00** | **$4,800.00** |
| **Mohammed Chowdhury (C28 01/22/21)** | 01/15/2021 | 30 | $0.75 | $2,250.00 | 01/11/2021 | 30 | $2.40 | $7,200.00 | |
| | | **30** | | **$2,250.00** | | **30** | | **$7,200.00** | **$4,950.00** |
| **Cohen, Simha & Pnina (CL A)** | 02/04/2021 | 2,905 | $27.65 | $80,323.25 | 03/31/2021 | 2,905 | $11.77 | $34,197.66 | |
| | | **2,905** | | **$80,323.25** | | **2,905** | | **$34,197.66** | **($46,125.59)** |
| **Movants' Total** | | **10,175** | | **$332,413.25** | | **10,175** | | **$172,939.33** | ***($159,473.92)*** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $10.03 as of May 14, 2021 for common stock.

Prices listed are rounded up to two decimal places.

[E]Call option expired.
[A]Put option assigned.