# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

|  |  |  |
|---|---|---|
| MATTHEW RICO, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 4:21-cv-00616 |
|  | ) | (Consolidated with Case Nos. 4:21-cv-00633; |
| Plaintiff, | ) | 4:21-cv-00720; 4:21-cv-00760) |
|  | ) |  |
| vs. | ) | Judge Patricia A. Gaughan |
|  | ) |  |
| LORDSTOWN MOTORS CORP., et. al., | ) ) | CLASS ACTION |
|  | ) |  |
| Defendants. | ) ) |  |
|  | ) |  |

JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION

4817-7373-8473

We, Mohammed Chowdhury and Simha & Pnina Cohen, pursuant to 28 U.S.C. §1746, declare as follows:

1. We respectfully submit this Declaration in support of our motion for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 and for approval of our selection of Berger Montague PC and Robbins Geller Rudman & Dowd LLP as lead counsel. We each have personal knowledge of the information in this Declaration relating to our own activities, actions, and beliefs.

2. I, Mohammed Chowdhury, am a Medical Doctor, board certified in the areas of gastroenterology and internal medicine. I attended the University of Houston, then earned an M.D. from Universidad CETEC in the Dominican Republic. I am an experienced investor in the stock market and I am familiar with selecting and overseeing lawyers. I live in Clarks Summit, Pennsylvania.

3. We, Simha & Pnina Cohen, are retired investors that both live in Israel. We have 35 years of experience investing in the stock market and are familiar with selecting and overseeing lawyers. Prior to retirement, I, Simha Cohen, owned a business in the diamond industry that entailed purchasing and polishing rough diamonds that were then sold to jewelers.

4. We suffered substantial losses in Lordstown Motors Corp. stock during the Class Period and agree that jointly seeking appointment as lead plaintiff is in the class's best interest in this case. The decision was based on the fact that we have complementary trading patterns and losses in Lordstown stock throughout the duration of the Class Period that will ensure broad representation of the class as the case develops throughout the pleading and pre-trial phase and that we can collaborate and share resources in overseeing the case.

5. We understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members. We are aware that the lead plaintiff's responsibilities include interacting with and

with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings and trial as necessary, participating in discovery, overseeing settlement discussions, and authorizing any potential settlement on behalf of the class. We are willing and able to undertake these responsibilities on behalf of the class.

6. We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Berger Montague and Robbins Geller as Lead Counsel based on the firms' proven ability to work collaboratively without duplicating effort, extensive securities litigation experience and success on behalf of investors in this Court and around the country.

7. Based on these facts, we believe that, if appointed by the Court, our service as lead plaintiff and oversight of Berger Montague and Robbins Geller will result in an optimal outcome for the putative class.

I, Mohammed Chowdhury, declare under penalty of perjury that the foregoing is true and correct. Executed on _5/16/2021_____.

DocuSigned by:

_melooShmy_

3E0181FC8E074D6...

_____
MOHAMMED CHOWDHURY

I, Simha Cohen, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____.

_____
SIMHA COHEN

I, Pnina Cohen, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____.

_____
PNINA COHEN

4817-7373-8473

directing counsel, reviewing and commenting on important documents in the case, attending important court hearings and trial as necessary, participating in discovery, overseeing settlement discussions, and authorizing any potential settlement on behalf of the class. We are willing and able to undertake these responsibilities on behalf of the class.

6.      We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Berger Montague and Robbins Geller as Lead Counsel based on the firms' proven ability to work collaboratively without duplicating effort, extensive securities litigation experience and success on behalf of investors in this Court and around the country.

7.      Based on these facts, we believe that, if appointed by the Court, our service as lead plaintiff and oversight of Berger Montague and Robbins Geller will result in an optimal outcome for the putative class.

I, Mohammed Chowdhury, declare under penalty of perjury that the foregoing is true and correct. Executed on _____.

_____
MOHAMMED CHOWDHURY

I, Simha Cohen, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____.

5/15/2021



SIMHA COHEN

I, Pnina Cohen, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____.

5/15/2021

PNINA COHEN

- 2 -

4817-7373-8473