**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| MATTHEW RICO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, and JULIO RODRIGUEZ,<br><br>Defendants. | Case No.: 4:21-cv-00616-PAG<br><br>Chief Judge Patricia A. Gaughan<br><br>**CLASS ACTION**<br><br>**Oral Argument Requested** |
| RAYMOND ROMANO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORPORATION, STEPHEN S. BURNS, DAVID T. HAMAMOTO, MARK A. WALSH, ANDREW C. RICHARDSON, STEVEN R. HASH, and JUDITH A. HANNAWAY,<br><br>Defendants. | Case No.: 4:21-cv-00994-JRA<br><br>Judge John R. Adams<br><br>**CLASS ACTION** |
| FNY MANAGED ACCOUNTS LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, JULIO RODRIGUEZ, SHANE BROWN and DARREN POST,<br><br>Defendants. | Case No.: 4:21-cv-01021-BYP<br><br>Judge Benita Y. Pearson<br><br>**CLASS ACTION** |

1

**NOTICE OF MOTION OF DANIEL TAVARES AND GLOBESTAR SYSTEMS INC.
TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFFS;
AND (3) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL**

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), movants Daniel Tavares and Globestar Systems Inc. ("Movants") hereby move this Court, the Honorable Patricia A. Gaughan, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

(a)     consolidating the related actions;

(b)     appointing Movants to serve as Lead Plaintiffs in this action; and

(c)     approving Movants' selection of The Rosen Law Firm, P.A. as Lead Counsel and Cohen Rosenthal & Kramer LLP as Liaison Counsel for the litigation.

In support of this Motion, Movants submit: (i) the Memorandum of Points and Authorities dated May 17, 2021; (ii) the Declaration of James B. Rosenthal dated May 17, 2021 (and exhibits); and (iii) a [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiffs, and Approving Lead Plaintiffs' Selection of Counsel.

Dated: May 17, 2021                    Respectfully submitted,

                                       **COHEN ROSENTHAL & KRAMER LLP**

                                       By: */s/ James B. Rosenthal*
                                       James B. Rosenthal (0062872)
                                       3208 Clinton Avenue
                                       One Clinton Place
                                       Cleveland, Ohio 44113
                                       Telephone: (216) 815-9500
                                       Fax: (216) 815-9500
                                       jbr@crklaw.com

*[Proposed] Liaison Counsel for Lead Plaintiffs and Class*

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim, Esq. (*pro hac vice* forthcoming)
Laurence M. Rosen, Esq. (*pro hac vice* forthcoming)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiffs and Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ James B. Rosenthal