**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| MATTHEW RICO, Individually and On Behalf of All Others Similarly Situated, | Case No.: 4:21-cv-00616-PAG |
| Plaintiff, | Chief Judge Patricia A. Gaughan |
| v. | **CLASS ACTION** |
| LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, and JULIO RODRIGUEZ, | **Oral Argument Requested** |
| Defendants. | |

| | |
|---|---|
| RAYMOND ROMANO, Individually and On Behalf of All Others Similarly Situated, | Case No.: 4:21-cv-00994-JRA |
| Plaintiff, | Judge John R. Adams |
| v. | **CLASS ACTION** |
| LORDSTOWN MOTORS CORPORATION, STEPHEN S. BURNS, DAVID T. HAMAMOTO, MARK A. WALSH, ANDREW C. RICHARDSON, STEVEN R. HASH, and JUDITH A. HANNAWAY, | |
| Defendants. | |

| | |
|---|---|
| FNY MANAGED ACCOUNTS LLC, Individually and On Behalf of All Others Similarly Situated, | Case No.: 4:21-cv-01021-BYP |
| Plaintiff, | Judge Benita Y. Pearson |
| v. | **CLASS ACTION** |
| LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, JULIO RODRIGUEZ, SHANE BROWN and DARREN POST, | |
| Defendants. | |

1

**DECLARATION OF JAMES B. ROSENTHAL IN SUPPORT OF THE MOTION OF DANIEL TAVARES AND GLOBESTAR SYSTEMS INC. TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFFS; AND (3) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL**

James B. Rosenthal hereby declares as follows:

1.      I am a partner at Cohen Rosenthal & Kramer LLP, proposed Liaison Counsel in this action. I have personal knowledge of the facts set forth herein.  I make this declaration in support of the motion of Daniel Tavares and Globestar Systems Inc. ("Movant") for appointment as Lead Plaintiffs for the Class and approval of Lead Plaintiffs' selection of The Rosen Law Firm, P.A. as Lead Counsel and Cohen Rosenthal & Kramer LLP as Liaison Counsel for the Class.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Movants' PSLRA certifications.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Movants' loss chart.

5.      Attached hereto as Exhibit 4 is a copy of the firm resume of The Rosen Law Firm, P.A.

6.      Attached hereto as Exhibit 5 is a copy of the firm resume of Cohen Rosenthal & Kramer LLP.


I declare under the penalty of perjury that the foregoing is true and correct. Executed on May 17, 2021.


*/s/ James B. Rosenthal*
James B. Rosenthal

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ James B. Rosenthal*