# Exhibit 1

**BLOCK & LEVITON LLP**

# LAWSUIT FILED: Block & Leviton LLP Has Filed a Lawsuit Against Lordstown Motors Corp. for Securities Fraud; Investors Who Lost Money Should Contact the Firm

March 18, 2021 11:54 ET | Source: Block & Leviton LLP

BOSTON, March 18, 2021 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against Lordstown Motors Corp. (NASDAQ: RIDE) and certain of its executives for securities fraud. Investors who purchased Lordstown shares between August 3, 2020 and March 17, 2021 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 309-5600, via email at cases@blockleviton.com, or to visit our website for information on the case. The deadline to seek appointment as lead plaintiff is May 17, 2021.

Before the markets opened on March 12, 2021, analyst Hindenburg Research published a scathing report on the electric light duty truck manufacturer entitled "The Lordstown Motors Mirage: Fake Orders, Undisclosed Production Hurdles, and a Prototype Inferno." According to Hindenburg, the company's claimed 100,000 pre-orders for its EV truck are "largely fictitious and used as a prop to raise capital and confer legitimacy." Hindenburg further cited significant, undisclosed production delays and a prototype that "burst into flames 10 minutes before the test drive" in January 2021, substantiating claims by former employees that the company is not conducting the needed testing or validation required by the NHTSA. On this news, Lordstown shares fell by 17% in one trading day.

Then, after the markets closed on March 17, 2021, reports emerged that Lordstown disclosed that the Company is the subject of an SEC inquiry for information following the release of the Hindenburg Research report. Then

don't have a product yet so by definition you can't have orders." Lordstown shares fell approximately another 9% on this news.

The lawsuit is captioned *Rico v. Lordstown Motors Corp., et al.*, No. 4:21-cv-00616 (N.D. Ohio). The case was filed in the U.S. District Court for the Northern District of Ohio, and has been assigned to Judge Patricia A. Gaughan. The class period is between August 3, 2020 and March 17, 2021, inclusive. A class has not yet been certified, and until a certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

Investors who purchased Lordstown shares between August 3, 2020 and March 17, 2021 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 309-5600, via email at [cases@blockleviton.com](mailto:cases@blockleviton.com), or visit our [website](#) for information on the case. The deadline to seek appointment as lead plaintiff is May 17, 2021.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:

BLOCK & LEVITON LLP

260 Franklin St., Suite 1860

Boston, MA 02110

Phone: (617) 398-5600

Email: [cases@blockleviton.com](mailto:cases@blockleviton.com)

SOURCE: Block & Leviton LLP

[www.blockleviton.com](http://www.blockleviton.com)

---

**Tags**

Class Action

# Recommended Reading



SERVICES ⌄       CONTACT US       FRANÇAIS       SIGN IN       REGISTER

Source:  Block & Leviton LLP

**LAWSUIT FILED: Block & Leviton LLP Has Filed a Lawsuit Against Aterian, Inc. for Securities Fraud; Investors Who Lost Money Should Contact...**

BOSTON, May 13, 2021 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of...

BLOCK & LEVITON LLP

Source:  Block & Leviton LLP

**LAWSUIT FILED: Skillz Inc. Sued for Violations of the Federal Securities Laws; Investors Should Contact Block & Leviton LLP**

BOSTON, May 13, 2021 (GLOBE NEWSWIRE) -- Block & Leviton LLP announces that a lawsuit for violations of the federal securities laws has been filed against Skillz Inc. (NYSE: SKLZ) and certain of...

BLOCK & LEVITON LLP

# Explore



 

[Kelly Ireland of CBT Recognized for 4th Consecutiv...](#)

[FMW Media's "New To The Street" Syndicated TV Show...](#)



### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

### Newswire Distribution Network & Management

· [Home](#)              · [RSS Feeds](#)

· [Newsroom](#)       · [Legal](#)

© 2021 GlobeNewswire, Inc. All Rights Reserved.