# Exhibit 2

## CERTIFICATION

Daniel Tavares ("Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. ("Lordstown"), and its current and/or former officers.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint against Lordstown and retained The Rosen Law Firm, P.A. and authorizes it to file a Lead Plaintiff motion on his behalf.

2. Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. The following is a list of all of the purchases and sales Plaintiff has made in Lordstown securities during the Class Period set forth in the complaint. Plaintiff has made no transactions during the Class Period in the securities that are the subject of this lawsuit except those set forth here:

See Schedule A

5. Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6. Plaintiff will not accept any payment for serving as a representative party beyond his pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __5/17/2021_____

DocuSigned by:

_____
5D02C4F9F3824F9...
Daniel Tavares

1

## SCHEDULE A
## DANIEL TAVARES

CLASS PERIOD TRANSACTIONS

### PURCHASES

| Date | Shares | Price |
|------|--------|-------|
| 1/25/2021 | 10,000 | ($24.00) |
| 2/03/2021 | 2,000 | ($27.49) |

## CERTIFICATION

Daniel Tavares, on behalf of Globestar Systems Inc. ("Globestar"), as Chairman of the Board of Globestar, authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. ("Lordstown"), and its current and/or former officers.

Globestar declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed a complaint against Lordstown and retained The Rosen Law Firm, P.A. and authorizes it to file a Lead Plaintiff motion on Globestar's behalf.

2.      Globestar did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Globestar is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Globestar has made in Lordstown securities during the Class Period set forth in the complaint. Globestar has made no transactions during the Class Period in the securities that are the subject of this lawsuit except those set forth here:

See Schedule A

5.      Globestar has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Globestar will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

7.      The undersigned is authorized by Globestar to execute this certification on its behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _5/17/2021_____

DocuSigned by:

_____
5D02C4F9F3824F9...
Daniel Tavares
Chairman of the Board of Globestar Systems Inc.

1

**SCHEDULE A**
**GLOBESTAR SYSTEMS INC.**

CLASS PERIOD TRANSACTIONS

**PURCHASES**

| Date | Shares | Price |
|------|--------|-------|
| 2/12/2021 | 11,004 | ($27.00) |
| 2/12/2021 | 805 | ($27.00) |
| 2/12/2021 | 28,191 | ($27.00) |