# Exhibit 3

**Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. Loss Chart**

**Lookback Price**

**Class Period: August 3, 2020 through March 24, 2021; Held on September 21, 2020 and entitled to vote on Merger**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $10.0286 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daniel Tavares | 1/25/2021 | 10,000 | ($24.00) | ($240,000.00) | | | | | | | | |
| | 2/3/2021 | 2,000 | ($27.49) | ($54,980.00) | | | | | | | | |
| | | 12,000 | | ($294,980.00) | | | | | 12,000 | $120,343.33 | ($174,636.67) | |
| | | | | | | | | | | | | |
| Globestar Systems inc. | 2/12/2021 | 11,004 | ($27.00) | ($297,108.00) | | | | | | | | |
| | 2/12/2021 | 805 | ($27.00) | ($21,735.00) | | | | | | | | |
| | 2/12/2021 | 28,191 | ($27.00) | ($761,157.00) | | | | | | | | |
| | | 40,000 | | ($1,080,000.00) | | | | | 40,000 | $401,144.44 | ($678,855.56) | |
| | | | | | | | | | | **Total Loss:** | ($853,492.22) | |