# Exhibit 5

A sample of cases in which Cohen Rosenthal & Kramer LLP served as class counsel or lead class counsel are listed below:

*Clark v. State Teachers Retirement System*, Case No. 16CV007360 Franklin County, Ohio Court of Common Pleas (December 11, 2020) (Lead Class Counsel) (certifying class and approving class action settlement for a class of state university professors who participated in an alternative retirement plan against which the defendant charged an unlawful mitigating rate)

*Ervin v. The Scotts Company, LLC*, Case No. 0:17-cv-60344-RS (S.D. Fla.) (Class Counsel) (settlement of $3.08 million claim under the Fair Labor Standards Act challenging use of fluctuating workweek methodology for calculating wages)

*Hook v. Ascendum Solutions, LLC, et al.*, Case No. 1:18-cv-56 (S.D. Ohio June 4, 2019) (Lead Class Counsel) (granting conditional certification of two classes of underwriters working for Ascendum Solutions and loanDepot.com, the second largest non-bank provider of direct-to-consumer loans in the United States)

*Crosby v. Stingray Pressure Pumping, LLC*, Case No. 2:17-cv-00080 (S.D. Ohio September 28, 2018) (Lead Class Counsel) ($300,000 settlement for six allegedly misclassified Field Engineers working in the hydraulic fracturing industry)

*In re RS Legacy Corporation, et al.*, Case No. 1:15-10197 (Bankr. D. Del. August 29, 2016) (Lead Class Counsel) ($41,000,000 class action settlement resulting in allowed general unsecured claim for 7,500 store managers who alleged illegal use of the Fluctuating Workweek method of computing overtime compensation)

*Brodzenski v. StoneMor Partners, L.P., et al.* (N.D. Ohio August 26, 2015) (Lead Class Counsel) ($2,328,000 settlement of fully-certified nationwide FLSA collective action for a class of sales counselors who were allegedly forced to work off-the-clock and report fewer hours than they actually worked)

*Roe v. Intellicorp Records, Inc.* (N.D. Ohio June 5, 2014) (Class Counsel) ($18,600,000 class settlement vindicating the rights of consumers who were alleged to have been the victims of erroneous criminal background reports, and one of the top FCRA settlements in U.S. history)

*Jewell v. Aaron's, Inc.*, Case No. 1:12-cv-563 (N.D. Ga. December 12, 2014) (Lead Class Counsel) ($1,300,000 settlement of a conditionally certified nationwide collective action for employees who alleged they were not paid for work performed during automatically deducted meal periods)

*Baldwin v. Forever 21, Inc.*, Case No. 53-160-71-13 (American Arbitration Association) (Lead Class Counsel) ($496,500 settlement of a conditionally certified nationwide collective action for retail employees who alleged they were not paid for work performed during unpaid meal periods)

*Steele v. SWS, LLC*, No. 3:11-cv-00060 (E.D. Tenn. June 24, 2011) (Lead Class Counsel) (granting nationwide certification of a class of cable installers who allege they were misclassified as independent contractors under the FLSA)

*Murphy v. 1-800-Flowers*, No. 1:10-cv-1822 (Lead Class Counsel) (N.D. Ohio October 22, 2010) (Lead Class Counsel) (conditionally certified nationwide class of store managers who alleged that they were improperly classified as exempt from the FLSA's overtime requirements)

*Jackson v. Maui Sands Resort*, No. 1:08-CV-2972 (N.D. Ohio Sept. 10, 2010) (Lead Class Counsel) ($550,000 judgment against individual corporate officer and affiliated corporations under joint employer doctrine for class of hotel employees who alleged they were not paid wages for their last weeks of employment or for on-duty meal periods in violation of the FLSA)

*Warren v. Race*, Case No. 1:09-CV-2670 (N.D. Ohio Sept. 3, 2010) (Lead Class Counsel) (approving $660,000 settlement of nationwide FLSA collective action against corporate officers and directors on behalf of employees who were unpaid when employer went out of business)

*Dillworth v. Case Farms Processing*, Case No. 5:10-cv-1694 (N.D. Ohio) (Lead Class Counsel) (conditionally certified multi-state collective action for meat processing workers who alleged they were not paid for time spent donning and doffing uniforms and protective gear)

*McNelley v. Aldi, Inc.*, Case No. 1:09-cv-1868 (N.D. Ohio Nov. 17, 2009) (Lead Class Counsel) (granting conditional certification in nationwide FLSA collective action on behalf of store managers who contend they were misclassified as exempt from overtime compensation)

*Jackson v. Papa John's USA, Inc.*, 2009 WL 385580 (N.D. Ohio Feb. 13, 2009) (Lead Class Counsel) (granting conditional certification in nationwide FLSA collective action on behalf of store managers who alleged they were misclassified as exempt from overtime compensation)

*West v. AK Steel Corp.*, 318 F. Supp. 2d 579 (S.D. Ohio 2004), affirmed, 484 F.3d 395 (6th Cir. 2007), cert. denied, 129 S. Ct. 895 (2009) (granting partial summary judgment in certified ERISA class action for class of retirees whose lump sum pension distributions were illegally calculated, resulting in $46,000,000 million class judgment for retirees)

*Fincham v. Nestle Prepared Foods Company*, Case No. 1:08-cv-0073 (N.D. Ohio) (Lead Class Counsel) (conditionally certified collective action for employees who alleged they were not paid for time spent changing into and out of uniforms and protective gear)

*Berger v. Cleveland Clinic Foundation*, 2007 WL 2902907 (N.D. Ohio Sept. 29, 2007) (Lead Class Counsel) (granting collective and class action certification for class of Respiratory Therapists and Technicians who allege they were not provided bona fide meal periods in violation of the FLSA and OMFWSA)

*Williams v. Le Chaperon Rouge*, 2007 WL 2344738 (N.D. Ohio Aug. 14, 2007) (Lead Class Counsel) (granting conditional certification for a class of day-care employees who allege that they were not paid for all hours worked and were not provided bona fide meal periods in violation of the FLSA and OMFWSA)

*Insalaco v. Ben Venue Laboratories*, Case No. 450549, Cuyahoga County, Ohio Court of Common Pleas (2005) (class action settlement involving class of mid-to-upper-level managers who alleged breach of an employee incentive plan)

*Lowe v. Sun Refining & Marketing Co.*, Case No. 88-0630, Lucas County, Ohio Court of Common Pleas (2002) (class action settlement on behalf of thousands of Fremont, Ohio, residents affected by a toluene pipeline rupture)

*White v. Aztec Catalyst Co.*, Case No. 93-111025, Lorain County, Ohio Court of Common Pleas (2000) (class action settlement on behalf of thousands of Lorain, Ohio, residents affected by a chemical plant explosion)