# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MATTHEW RICO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, and JULIO RODRIGUEZ,<br><br>        Defendants. | No. 4:21-cv-00616-PAG<br><br>Judge Patricia A. Gaughan<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |
| RAYMOND ROMANO, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>LORDSTOWN MOTORS CORPORATION, STEPHEN S. BURNS, DAVID T. HAMAMOTO, MARK A. WALSH, ANDREW C. RICHARDSON, STEVEN R. HASH, and JUDITH A. HANNAWAY,<br><br>        Defendants. | No. 4:21-cv-00994-JRA |
| FNY MANAGED ACCOUNTS LLC, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, JULIO RODRIGUEZ, SHANE BROWN and DARREN POST,<br><br>        Defendants. | No. 4:21-cv-01021-BYP |

## NOTICE OF MOTION AND MOTION OF GEORGE TROICKY FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that George Troicky ("Mr. Troicky"), by and through his counsel, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, will and hereby does respectfully move this Court in Courtroom 19B of the Carl B. Stokes United States Court House, Cleveland, Ohio 44113, for the entry of an Order: (1) consolidating the above-captioned actions; (2) appointing Mr. Troicky as Lead Plaintiff; (3) approving Mr. Troicky's selection of Labaton Sucharow LLP as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Mr. Troicky is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  Mr. Troicky has the "largest financial interest" in the relief sought by the Class in this action.  Mr. Troicky also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims, and because he will fairly and adequately represent the Class.

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of Francis P. McConville, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Mr. Troicky respectfully requests that the Court grant his motion and enter an Order: (1) consolidating the above-captioned actions; (2) appointing Mr. Troicky as Lead Plaintiff; (3) approving Mr. Troicky's selection of Labaton Sucharow LLP as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

DATED:  May 17, 2021

Respectfully submitted,

/s/ Francis P. McConville
**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
Francis P. McConville
David J. Schwartz
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com
dschwartz@labaton.com

*Counsel for Proposed Lead Plaintiff George
Troicky and Proposed Lead Counsel for the
Class*

**THE SCHALL LAW FIRM**
Brian Schall
Rina Restaino
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for George Troicky*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.


/s/ *Francis P. McConville*
Francis P. McConville