# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MATTHEW RICO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, and JULIO RODRIGUEZ,<br><br>Defendants. | No. 4:21-cv-00616-PAG<br><br>Judge Patricia A. Gaughan |
| RAYMOND ROMANO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORPORATION, STEPHEN S. BURNS, DAVID T. HAMAMOTO, MARK A. WALSH, ANDREW C. RICHARDSON, STEVEN R. HASH, and JUDITH A. HANNAWAY,<br><br>Defendants. | No. 4:21-cv-00994-JRA |
| FNY MANAGED ACCOUNTS LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, JULIO RODRIGUEZ, SHANE BROWN and DARREN POST,<br><br>Defendants. | No. 4:21-cv-01021-BYP |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF GEORGE TROICKY'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and have concurrently filed a motion to be admitted *pro hac vice* in this case.  I am a Partner at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by proposed Lead Plaintiff George Troicky ("Mr. Troicky") for the entry of an Order: (1) consolidating the above-captioned actions; (2) appointing Mr. Troicky as Lead Plaintiff; (3) approving Mr. Troicky's selection of Labaton Sucharow as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:  Signed Certification of Mr. Troicky, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Loss analysis for Mr. Troicky;

EXHIBIT C:  Notice of pendency of *Rico v. Lordstown Motors Corp.*, No. 21-cv-00616 (N.D. Ohio) published on March 18, 2021;

EXHIBIT D:  Declaration of Mr. Troicky; and

EXHIBIT E:  Firm Resume of Labaton Sucharow.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  May 17, 2021                    Respectfully submitted,

                                        */s/ Francis P. McConville*
                                        Francis P. McConville
                                        140 Broadway
                                        New York, New York 10005
                                        Telephone: (212) 907-0700
                                        Facsimile: (212) 818-0477
                                        fmcconville@labaton.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ *Francis P. McConville*
Francis P. McConville