# Exhibit B

**LOSS ANALYSIS**
**Class Period: 8/3/2020 to 3/24/2021**

**LORDSTOWN MOTORS CORP.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|--------|-------|-------|------|----------------|
| RIDE | 54405Q100 | BKP8WS0 | US54405Q1004 | $10.0213 [1] |

**George Troicky**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|------------------|------------|--------|-----------------|-----------------|
| Purchase | 11/09/20 | 10,000 | $18.30 | ($183,000.00) |
| Purchase | 11/13/20 | 10,000 | $17.11 | ($171,100.00) |
| Purchase | 11/24/20 | 7,953 | $28.38 | ($225,706.14) |
| Purchase | 11/24/20 | 2,047 | $28.34 | ($58,011.98) |
| Purchase | 11/25/20 | 4,900 | $26.70 | ($130,830.00) |
| Purchase | 11/25/20 | 100 | $26.65 | ($2,665.00) |
| Purchase | 11/25/20 | 5,000 | $26.52 | ($132,600.00) |
| Purchase | 11/25/20 | 5,000 | $26.24 | ($131,200.00) |
| Purchase | 11/30/20 | 5,000 | $25.31 | ($126,550.00) |
| Purchase | 12/01/20 | 10,000 | $23.23 | ($232,300.00) |
| Purchase | 12/04/20 | 5,000 | $22.12 | ($110,600.00) |
| Purchase | 12/08/20 | 10,000 | $19.61 | ($196,100.00) |
| Purchase | 12/08/20 | 5,000 | $19.38 | ($96,900.00) |
| Purchase | 12/10/20 | 5,000 | $18.38 | ($91,875.00) |
| Purchase | 12/10/20 | 5,000 | $18.25 | ($91,250.00) |
| Purchase | 12/18/20 | 5,000 | $18.82 | ($94,100.00) |
| Purchase | 12/24/20 | 5,000 | $21.78 | ($108,900.00) |
| Purchase | 01/08/21 | 20,000 | $22.58 | ($451,600.00) |
| Purchase | 01/08/21 | 20,000 | $21.77 | ($435,400.00) |
| Purchase | 01/11/21 | 1 | $23.52 | ($23.52) |
| Purchase | 01/14/21 | 10,000 | $25.47 | ($254,700.00) |
| Purchase | 01/19/21 | 5,000 | $23.63 | ($118,150.00) |
| Purchase | 01/19/21 | 10,000 | $23.39 | ($233,900.00) |
| Purchase | 01/21/21 | 2,000 | $23.09 | ($46,180.00) |
| Purchase | 01/21/21 | 8,000 | $23.08 | ($184,640.00) |
| Purchase | 01/21/21 | 5,000 | $22.80 | ($113,999.50) |
| Purchase | 01/25/21 | 5,000 | $23.07 | ($115,350.00) |
| Purchase | 01/27/21 | 10,000 | $28.49 | ($284,900.00) |
| Purchase | 01/27/21 | 10,000 | $28.01 | ($280,100.00) |
| Purchase | 01/27/21 | 5,000 | $27.07 | ($135,350.00) |
| Purchase | 01/27/21 | 5,000 | $26.01 | ($130,050.00) |
| Purchase | 02/10/21 | 20,000 | $27.62 | ($552,400.00) |
| Purchase | 02/11/21 | 17 | $28.85 | ($490.45) |
| Purchase | 02/12/21 | 9,983 | $28.85 | ($288,009.55) |
| Purchase | 02/12/21 | 10,000 | $28.39 | ($283,900.00) |
| Purchase | 02/12/21 | 20,000 | $27.84 | ($556,800.00) |
| Purchase | 02/12/21 | 748 | $26.92 | ($20,136.16) |
| Purchase | 02/12/21 | 4,044 | $26.94 | ($108,945.36) |

[1] *Value of shares held is the mean trading price from 3/24/2021 to 5/17/2021.*

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 02/12/21 | 1,990 | $26.95 | ($53,630.50) |
| Purchase | 02/12/21 | 3,218 | $26.96 | ($86,757.28) |
| Purchase | 02/16/21 | 5,741 | $25.90 | ($148,691.90) |
| Purchase | 02/16/21 | 100 | $25.89 | ($2,589.00) |
| Purchase | 02/16/21 | 659 | $25.88 | ($17,054.92) |
| Purchase | 02/16/21 | 200 | $25.85 | ($5,170.00) |
| Purchase | 02/16/21 | 100 | $25.85 | ($2,584.90) |
| Purchase | 02/16/21 | 3,200 | $25.83 | ($82,656.00) |
| Purchase | 02/16/21 | 10,000 | $24.76 | ($247,600.00) |
| Purchase | 02/22/21 | 9,900 | $22.70 | ($224,730.00) |
| Purchase | 02/22/21 | 100 | $22.68 | ($2,268.00) |
| Purchase | 02/23/21 | 10,000 | $19.64 | ($196,400.00) |
| Purchase | 03/03/21 | 5,000 | $19.45 | ($97,250.00) |
| Purchase | 03/04/21 | 9,500 | $17.43 | ($165,585.00) |
| Purchase | 03/04/21 | 500 | $17.41 | ($8,702.50) |
| Purchase | 03/04/21 | 4,382 | $17.73 | ($77,692.86) |
| Purchase | 03/04/21 | 1,008 | $17.72 | ($17,861.76) |
| Purchase | 03/04/21 | 2,960 | $17.71 | ($52,421.60) |
| Purchase | 03/04/21 | 300 | $17.71 | ($5,312.70) |
| Purchase | 03/04/21 | 550 | $17.70 | ($9,735.00) |
| Purchase | 03/04/21 | 800 | $17.69 | ($14,152.00) |
| Purchase | 03/05/21 | 1,749 | $16.06 | ($28,088.94) |
| Purchase | 03/05/21 | 20,000 | $16.05 | ($321,000.00) |
| Purchase | 03/05/21 | 10,000 | $15.57 | ($155,700.00) |
| Purchase | 03/10/21 | 10,000 | $17.79 | ($177,900.00) |
| Purchase | 03/12/21 | 19,500 | $15.03 | ($293,085.00) |
| Purchase | 03/12/21 | 400 | $15.02 | ($6,008.00) |
| Purchase | 03/12/21 | 100 | $15.01 | ($1,501.00) |
| Purchase | 03/12/21 | 20,000 | $14.60 | ($292,000.00) |
| Purchase | 03/12/21 | 10,000 | $14.24 | ($142,400.00) |
| Purchase | 03/18/21 | 20,000 | $13.20 | ($264,000.00) |
| Purchase | 03/24/21 | 9,516 | $12.44 | ($118,379.04) |
| Purchase | 03/24/21 | 2,184 | $12.43 | ($27,147.12) |
| Purchase | 03/24/21 | 8,300 | $12.42 | ($103,086.00) |
| *Class Period purchases:* | | *481,750* | | *($10,227,853.68)* |
| | | | | |
| Sale | 01/06/21 | -10,000 | $21.70 | $217,000.00 |
| Sale | 01/06/21 | -20,000 | $21.52 | $430,400.00 |
| Sale | 01/06/21 | -20,000 | $21.69 | $433,800.00 |
| Sale | 01/07/21 | -1,100 | $22.47 | $24,717.00 |
| Sale | 01/07/21 | -1,200 | $22.46 | $26,952.00 |
| Sale | 01/07/21 | -9,800 | $22.44 | $219,912.00 |
| Sale | 01/07/21 | -7,900 | $22.43 | $177,197.00 |
| Sale | 01/07/21 | -20,000 | $23.25 | $465,000.00 |
| Sale | 01/11/21 | -20,000 | $22.86 | $457,200.00 |
| Sale | 01/11/21 | -3,500 | $23.23 | $81,305.00 |
| Sale | 01/11/21 | -4,100 | $23.22 | $95,202.82 |
| Sale | 01/11/21 | -8,800 | $23.22 | $204,336.00 |
| Sale | 01/11/21 | -2,000 | $23.21 | $46,420.40 |
| Sale | 01/11/21 | -1,600 | $23.21 | $37,136.00 |
| Sale | 01/11/21 | -10,000 | $23.88 | $238,800.00 |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Sale | 01/26/21 | -5,000 | $25.21 | $126,050.00 |
| Sale | 01/27/21 | -5 | $29.03 | $145.15 |
| Sale | 01/27/21 | -600 | $29.01 | $17,406.00 |
| Sale | 01/27/21 | -331 | $29.00 | $9,599.00 |
| Sale | 01/27/21 | -30 | $28.98 | $869.40 |
| Sale | 01/27/21 | -9,034 | $28.97 | $261,714.98 |
| Sale | 02/03/21 | -100 | $26.24 | $2,623.50 |
| Sale | 02/03/21 | -547 | $26.22 | $14,342.89 |
| Sale | 02/03/21 | -1,511 | $26.22 | $39,618.42 |
| Sale | 02/03/21 | -406 | $26.20 | $10,637.20 |
| Sale | 02/03/21 | -100 | $26.17 | $2,617.00 |
| Sale | 02/03/21 | -306 | $26.16 | $8,004.96 |
| Sale | 02/03/21 | -731 | $26.15 | $19,115.65 |
| Sale | 02/03/21 | -1,023 | $26.14 | $26,741.22 |
| Sale | 02/03/21 | -664 | $26.13 | $17,350.32 |
| Sale | 02/03/21 | -1,200 | $26.12 | $31,344.00 |
| Sale | 02/03/21 | -776 | $26.11 | $20,261.36 |
| Sale | 02/03/21 | -2,636 | $26.10 | $68,799.60 |
| Sale | 02/03/21 | -10 | $27.41 | $274.10 |
| Sale | 02/03/21 | -2,530 | $27.39 | $69,296.70 |
| Sale | 02/03/21 | -400 | $27.37 | $10,948.00 |
| Sale | 02/03/21 | -400 | $27.35 | $10,940.00 |
| Sale | 02/03/21 | -6,660 | $27.31 | $181,884.60 |
| Sale | 02/05/21 | -10 | $26.81 | $268.10 |
| Sale | 02/05/21 | -15 | $26.80 | $402.00 |
| Sale | 02/05/21 | -2,224 | $26.79 | $59,580.96 |
| Sale | 02/05/21 | -520 | $26.78 | $13,925.60 |
| Sale | 02/05/21 | -4,450 | $26.77 | $119,126.50 |
| Sale | 02/05/21 | -2,763 | $26.76 | $73,937.88 |
| Sale | 02/05/21 | -10,018 | $26.75 | $267,981.50 |
| Sale | 02/10/21 | -20,000 | $28.82 | $576,400.00 |
| Sale | 02/10/21 | -10,000 | $28.79 | $287,900.00 |
| Sale | 02/10/21 | -200 | $29.44 | $5,888.00 |
| Sale | 02/10/21 | -400 | $29.43 | $11,772.00 |
| Sale | 02/10/21 | -1,616 | $29.42 | $47,542.72 |
| Sale | 02/10/21 | -84 | $29.41 | $2,470.56 |
| Sale | 02/10/21 | -4,000 | $29.41 | $117,644.00 |
| Sale | 02/10/21 | -1,030 | $29.41 | $30,292.30 |
| Sale | 02/10/21 | -300 | $29.40 | $8,820.30 |
| Sale | 02/10/21 | -1,350 | $29.40 | $39,690.00 |
| Sale | 02/10/21 | -1,020 | $29.39 | $29,978.82 |
| Sale | 02/23/21 | -200 | $18.96 | $3,792.00 |
| Sale | 02/23/21 | -300 | $18.95 | $5,685.00 |
| Sale | 02/23/21 | -300 | $18.94 | $5,682.00 |
| Sale | 02/23/21 | -616 | $18.93 | $11,660.88 |
| Sale | 02/23/21 | -410 | $18.92 | $7,757.20 |
| Sale | 02/23/21 | -201 | $18.91 | $3,800.91 |
| Sale | 02/23/21 | -7,973 | $18.90 | $150,689.70 |
| Sale | 03/02/21 | -1,763 | $20.70 | $36,494.10 |
| Sale | 03/02/21 | -8,237 | $20.67 | $170,258.79 |
| Sale | 03/05/21 | -400 | $16.78 | $6,712.00 |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Sale | 03/05/21 | -500 | $16.77 | $8,385.00 |
| Sale | 03/05/21 | -400 | $16.76 | $6,704.04 |
| Sale | 03/05/21 | -4,280 | $16.76 | $71,732.80 |
| Sale | 03/05/21 | -6,020 | $16.75 | $100,835.00 |
| Sale | 03/05/21 | -13,400 | $16.71 | $223,914.00 |
| Sale | 03/05/21 | -1 | $16.68 | $16.68 |
| Sale | 03/05/21 | -1,382 | $16.67 | $23,037.94 |
| Sale | 03/05/21 | -5 | $16.67 | $83.33 |
| Sale | 03/05/21 | -1,442 | $16.66 | $24,023.72 |
| Sale | 03/05/21 | -1,200 | $16.65 | $19,980.00 |
| Sale | 03/05/21 | -2,100 | $16.64 | $34,944.00 |
| Sale | 03/05/21 | -1,600 | $16.63 | $26,608.00 |
| Sale | 03/05/21 | -100 | $16.62 | $1,662.01 |
| Sale | 03/05/21 | -1,519 | $16.62 | $25,245.78 |
| Sale | 03/05/21 | -100 | $16.61 | $1,661.01 |
| Sale | 03/05/21 | -1,248 | $16.61 | $20,729.28 |
| Sale | 03/05/21 | -1,278 | $16.60 | $21,214.80 |
| Sale | 03/05/21 | -400 | $16.59 | $6,636.00 |
| Sale | 03/05/21 | -1,003 | $16.58 | $16,629.74 |
| Sale | 03/05/21 | -200 | $16.57 | $3,314.40 |
| Sale | 03/05/21 | -200 | $16.57 | $3,314.02 |
| Sale | 03/05/21 | -2,216 | $16.57 | $36,719.12 |
| Sale | 03/05/21 | -4,006 | $16.56 | $66,339.36 |
| Sale | 03/12/21 | -20,000 | $14.75 | $295,000.00 |
| Sale | 03/12/21 | -1,220 | $14.49 | $17,677.80 |
| Sale | 03/12/21 | -2,300 | $14.48 | $33,304.00 |
| Sale | 03/12/21 | -600 | $14.46 | $8,676.06 |
| Sale | 03/12/21 | -1,457 | $14.46 | $21,068.22 |
| Sale | 03/12/21 | -4,014 | $14.45 | $58,002.30 |
| Sale | 03/12/21 | -10,409 | $14.44 | $150,305.96 |
| Sale | 03/18/21 | -1 | $13.64 | $13.64 |
| Sale | 03/18/21 | -500 | $13.62 | $6,810.00 |
| Sale | 03/18/21 | -2 | $13.61 | $27.22 |
| Sale | 03/18/21 | -5,472 | $13.60 | $74,419.20 |
| Sale | 03/18/21 | -1,917 | $13.59 | $26,052.03 |
| Sale | 03/18/21 | -1,423 | $13.58 | $19,324.34 |
| Sale | 03/18/21 | -145 | $13.57 | $1,967.65 |
| Sale | 03/18/21 | -1,500 | $13.57 | $20,347.50 |
| Sale | 03/18/21 | -3,818 | $13.56 | $51,772.08 |
| Sale | 03/18/21 | -2,927 | $13.55 | $39,660.85 |
| Sale | 03/18/21 | -1,801 | $13.54 | $24,385.54 |
| Sale | 03/18/21 | -100 | $13.53 | $1,353.10 |
| Sale | 03/18/21 | -25,000 | $13.53 | $338,267.50 |
| Sale | 03/18/21 | -3,000 | $13.53 | $40,591.50 |
| Sale | 03/18/21 | -2,394 | $13.53 | $32,391.06 |
| Sale | 03/18/21 | -2,014 | $13.41 | $27,007.74 |
| Sale | 03/18/21 | -8,822 | $13.40 | $118,214.80 |
| Sale | 03/18/21 | -801 | $13.39 | $10,725.39 |
| Sale | 03/18/21 | -2,609 | $13.38 | $34,908.42 |
| Sale | 03/18/21 | -1,696 | $13.37 | $22,675.52 |
| Sale | 03/18/21 | -4,244 | $13.36 | $56,699.84 |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Sale | 03/18/21 | -6,039 | $13.35 | $80,620.65 |
| Sale | 03/18/21 | -357 | $13.33 | $4,758.81 |
| Sale | 03/18/21 | -5,302 | $13.32 | $70,622.64 |
| Sale | 03/18/21 | -4,141 | $13.31 | $55,116.71 |
| Sale | 03/18/21 | -400 | $13.30 | $5,320.04 |
| Sale | 03/18/21 | -13,575 | $13.30 | $180,547.50 |
| Sale | 03/18/21 | -1,749 | $13.57 | $23,734.10 |
| Sale | 03/19/21 | -19,999 | $13.25 | $264,986.75 |
| Sale | 03/19/21 | -1 | $13.25 | $13.25 |
| *Class Period sales (matched to Class Period purchases):* | | *-461,749* | | *$9,163,216* |
| | Shares Held: | 20,001 | $10.0213 | $200,436.34 |
| | | | **LIFO Gain/(Loss):** | **($864,201.53)** |
| | | | Total Shares Bought: | 481,750 |
| | | | Total Net Expenditures: | ($1,064,637.87) |