**Exhibit D**

## **DECLARATION OF GEORGE TROICKY**

Pursuant to 28 U.S.C. § 1746, I, George Troicky, declare as follows:

1. I am an adult over the age of 18 and am of sound mind.  I have personal knowledge about the information in this Declaration.

2. I have reviewed a complaint filed in this action and discussed the lawsuit on several occasions telephonically with my counsel at Labaton Sucharow LLP and the Schall Law Firm.  I believe that this securities class action is an important matter that alleges serious misconduct that caused substantial losses to investors and raised serious corporate governance concerns.  After discussing the case and the lead plaintiff process with my counsel, I instructed them to file a motion for lead plaintiff on my behalf.

3. I am 70 years old and reside in Cleveland, Ohio.  I am self-employed and generate an income through my investments in commercial real estate, mainly warehouse and storage facilities.  In the normal course of my business, I enter into litigation to resolve ownership disputes over things such as property lines and easements.  I retain outside counsel to represent me in these litigation matters and direct them throughout the course of the litigation.

4. I have been investing for several years and based my investment decisions in Lordstown Motors Corp. on my own research of publicly available information.  I am strongly motivated to recover the significant losses incurred as a result of the alleged violations of the federal securities laws.  I decided to contact counsel and seek appointment as lead plaintiff because I strongly feel that the allegations raised in this lawsuit are serious ones and believe that this litigation must be efficiently litigated by well-qualified counsel, to achieve the best possible recovery for all class members from all potentially culpable parties.

5. I understand that as a lead plaintiff and a class representative, I would have an ongoing fiduciary obligation to the entire class of Lordstown Motors Corp. investors that this lawsuit seeks to recover for. I understand the important roles fiduciaries have, including that it is my duty to monitor and oversee the lawyers in this matter. To do this, I will regularly communicate with them and receive status updates regarding the litigation, discuss fees and expenses, and independently direct their activities. I also understand that it will be my obligation to ensure that the litigation is prosecuted effectively on behalf of all members of the proposed class. I believe my prior experience retaining and overseeing attorneys in the course of litigation has well-prepared for the task of overseeing counsel in this case.

6. I also understand and appreciate the lead plaintiff's obligation to select and retain lead counsel and to monitor the action to ensure it is prosecuted efficiently. I have fulfilled this responsibility by selecting and retaining lead counsel with a proven history of handling this type of complex litigation. In this case, I selected Labaton Sucharow LLP to serve as lead counsel for the class. I am also represented by the Schall Law Firm in this action.

7. I have also independently negotiated and executed a retainer agreement with my counsel that counsel may seek approval of at the conclusion of the litigation, based on the outcome of the case. I have discussed with my counsel and directed that they only prosecute this litigation if I am appointed lead plaintiff.

8. I have taken steps to preserve documents related to my investments relevant to this litigation.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Date: 5/15/2021

Signature: *George Troicky* (DocuSigned by: 4ABB9B4507864B0...)
George Troicky