# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MATTHEW RICO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, and JULIO RODRIGUEZ,<br><br>Defendants. | No. 4:21-cv-00616-PAG<br><br>CLASS ACTION |
| RAYMOND ROMANO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORPORATION, STEPHEN S. BURNS, DAVID T. HAMAMOTO, MARK A. WALSH, ANDREW C. RICHARDSON, STEVEN R. HASH, and JUDITH A. HANNAWAY,<br><br>Defendants. | No. 4:21-cv-00994-JRA |
| FNY MANAGED ACCOUNTS LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, JULIO RODRIGUEZ, SHANE BROWN and DARREN POST,<br><br>Defendants. | No. 4:21-cv-01021-BYP |

### [PROPOSED] ORDER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

Having considered the motion of George Troicky for: (1) consolidation of the above-captioned actions; (2) appointment as Lead Plaintiff; and (3) approval of selection of Labaton Sucharow LLP as Lead Counsel (the "Motion"),

**IT IS HEREBY ORDERED THAT:**

1.　　　The Motion is granted.

2.　　　The above-captioned actions are consolidated for all purposes pursuant to this Court's April 13, 2021 consolidation order.  ECF No. 9.

3.　　　George Troicky is appointed to serve as Lead Plaintiff in the Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

4.　　　George Troicky's selection of Labaton Sucharow LLP as Lead Counsel for the Class is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).  Lead Counsel shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement.  Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

   a.  to brief and argue motions;

   b.  to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

   c.  to direct and coordinate the examination of witnesses in depositions;

   d.  to act as spokesperson at pretrial conferences;

   e.  to initiate and conduct any settlement negotiations with Defendants' counsel;

f.  to consult with and employ experts;

g.  to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees; and

h.  to perform such other duties as may be expressly authorized by further order of this Court.

**IT IS SO ORDERED.**

_____
Date

_____
The Honorable Patricia A. Gaughan
United States District Judge