**Lordstown Motors Corp. (RIDE)**
**Class Period: August 3, 2020 to March 24, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Post-Class Shares Retained | 52-Day* Mean Price $10.0651 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jenkins, John H. | 8/20/2020 | 7,711 | $14.6000 | ($112,581) | 12/2/2020 | (105) | $21.4800 | $2,255 | | | | |
| Jenkins, John H. | 8/20/2020 | 1,560 | $14.5950 | ($22,768) | 12/2/2020 | (3,895) | $21.4500 | $83,548 | | | | |
| Jenkins, John H. | 8/20/2020 | 729 | $14.6782 | ($10,700) | 2/16/2021 | (300) | $27.1200 | $8,136 | | | | |
| Jenkins, John H. | 10/26/2020 | 10,000 | $19.1000 | ($191,000) | 2/16/2021 | (2,700) | $27.1100 | $73,197 | | | | |
| Jenkins, John H. | 11/17/2020 | 300 | $25.2500 | ($7,575) | 2/26/2021 | (15,000) | $18.7800 | $281,700 | | | | |
| Jenkins, John H. | 11/17/2020 | 4,556 | $25.6000 | ($116,634) | | | | | | | | |
| Jenkins, John H. | 11/17/2020 | 144 | $25.5000 | ($3,672) | | | | | | | | |
| Jenkins, John H. | 11/18/2020 | 1,700 | $27.5000 | ($46,750) | | | | | | | | |
| Jenkins, John H. | 11/18/2020 | 200 | $27.4500 | ($5,490) | | | | | | | | |
| Jenkins, John H. | 11/18/2020 | 1,700 | $27.5000 | ($46,750) | | | | | | | | |
| Jenkins, John H. | 11/18/2020 | 500 | $27.5000 | ($13,750) | | | | | | | | |
| Jenkins, John H. | 11/18/2020 | 200 | $27.5000 | ($5,500) | | | | | | | | |
| Jenkins, John H. | 11/19/2020 | 700 | $27.6200 | ($19,334) | | | | | | | | |
| Jenkins, John H. | 11/19/2020 | 3,000 | $25.2500 | ($75,750) | | | | | | | | |
| Jenkins, John H. | 11/24/2020 | 2,000 | $27.3000 | ($54,600) | | | | | | | | |
| Jenkins, John H. | 12/1/2020 | 2,000 | $21.2500 | ($42,500) | | | | | | | | |
| Jenkins, John H. | 12/1/2020 | 2,000 | $21.2500 | ($42,500) | | | | | | | | |
| Jenkins, John H. | 2/12/2021 | 100 | $27.1300 | ($2,713) | | | | | | | | |
| Jenkins, John H. | 2/12/2021 | 100 | $27.1300 | ($2,713) | | | | | | | | |
| Jenkins, John H. | 2/12/2021 | 100 | $27.1399 | ($2,714) | | | | | | | | |
| Jenkins, John H. | 2/12/2021 | 100 | $27.1300 | ($2,713) | | | | | | | | |
| Jenkins, John H. | 2/12/2021 | 1,600 | $27.1201 | ($43,392) | | | | | | | | |
| Jenkins, John H. | 2/12/2021 | 1,000 | $27.1399 | ($27,140) | | | | | | | | |
| **Jenkins, John H.** | | **42,000** | | **($899,239)** | | **(22,000)** | | **$448,836** | **20,000** | **20,000** | **$201,303** | **($249,100)** |
| Miller, Robert | 11/17/2020 | 4,000 | $24.3962 | ($97,585) | 12/2/2020 | (8,000) | $22.0500 | $176,400 | | | | |
| Miller, Robert | 11/18/2020 | 4,000 | $28.3350 | ($113,340) | 12/9/2020 | (10,000) | $20.2901 | $202,901 | | | | |
| Miller, Robert | 12/7/2020 | 10,000 | $20.1895 | ($201,895) | 2/10/2021 | (20,000) | $28.0286 | $560,572 | | | | |
| Miller, Robert | 1/29/2021 | 10,000 | $26.2800 | ($262,800) | 3/12/2021 | (20,000) | $14.2183 | $284,366 | | | | |
| Miller, Robert | 2/2/2021 | 10,000 | $24.8900 | ($248,900) | | | | | | | | |
| Miller, Robert | 2/16/2021 | 10,000 | $25.5900 | ($255,900) | | | | | | | | |
| Miller, Robert | 2/16/2021 | 10,000 | $26.9790 | ($269,790) | | | | | | | | |
| **Miller, Robert** | | **58,000** | | **($1,450,210)** | | **(58,000)** | | **$1,224,239** | **20,000** | **0** | | **($225,971)** |

Summary

| | | Shares | | Amount | | Shares | | Amount | Shares Retained | Post-Class Shares Retained | | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jenkins, John H. | | 42,000 | | ($899,239) | | (22,000) | | $448,836 | 20,000 | 20,000 | | ($249,100) |
| Miller, Robert | | 58,000 | | ($1,450,210) | | (58,000) | | $1,224,239 | 20,000 | 0 | | ($225,971) |
| **Total** | | **100,000** | | **($2,349,449)** | | **(80,000)** | | **$1,673,075** | **40,000** | **20,000** | | **($475,071)** |

*Avg Closing Prices from March 24 to May 14