**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| MATTHEW RICO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, and JULIO RODRIGUEZ, <br><br> Defendants. | Case No. 21 CV 616 <br><br> Hon. Patricia A. Gaughan <br> District Judge <br> Chief Judge <br><br> Hon. David A. Ruiz <br> Magistrate Judge |

[*Additional captions on following page.*]

**MOTION OF THE LORDSTOWN SHAREHOLDER GROUP FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

| | |
|---|---|
| RAYMOND ROMANO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORPORATION, STEPHEN S. BURNS, DAVID T. HAMAMOTO, MARK A. WALSH, ANDREW C. RICHARDSON, STEVEN R. HASH, and JUDITH A. HANNAWAY,<br><br>Defendants. | Case No. 4:21-cv-00994-JRA<br><br>Hon. John R. Adams<br>District Judge<br><br>Hon. Kathleen B. Burke<br>Magistrate Judge |
| FNY MANAGED ACCOUNTS LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, JULIO RODRIGUEZ, SHANE BROWN and DARREN POST,<br><br>Defendants. | Case No. 4:21-cv-01021-PAG<br><br>Hon. Patricia A. Gaughan<br>District Judge<br>Chief Judge<br><br>Hon. Thomas M. Parker<br>Magistrate Judge |

PLEASE TAKE NOTICE that Ethan Fingerer, Kevin Levent, M.R.S. Leasing Corporation LTD, Mario Guerrero, and Carole Cooper (the "Lordstown Shareholder Group") respectfully move this Court for entry of an Order: (1) consolidating the above-captioned actions; (2) appointing the Lordstown Shareholder Group as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); (3) approving the Lordstown Shareholder Group's selection of Kessler Topaz Meltzer & Check, LLP and Block & Leviton LLP as Lead Counsel for the class and Perez & Morris LLC as Liaison Counsel for the class; and (4) granting any such further relief as the Court may deem just and proper.

This Motion is made on the grounds that the Lordstown Shareholder Group is the "most adequate plaintiff" pursuant to the PSLRA. In support of this Motion, the Lordstown Shareholder Group submits herewith an accompanying memorandum of points and authorities and the declaration of Juan Jose Perez.

Dated: May 17, 2021

Respectfully submitted,

*s/ Juan Jose Perez*
Juan Jose Perez
**PEREZ & MORRIS LLC**
8000 Ravine's Edge Court, Suite 300
Columbus, OH 43235
Telephone: (614) 431-1500
Facsimile: (614-431-3885
jperez@perez-morris.com
Ohio Bar Number: 0030400

*Proposed Liaison Counsel for the Class*

**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
Naumon A. Amjed
Ryan T. Degnan
Karissa J. Sauder
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

1

Facsimile: (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com
ksauder@ktmc.com

**BLOCK & LEVITON LLP**
Jacob A. Walker
Stephen J. Teti
260 Franklin St., Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jake@blockleviton.com
steti@blockleviton.com

*Counsel for the Lordstown Shareholder Group and Proposed Lead Counsel for the Class*

**LIFSHITZ LAW FIRM, P.C.**
Joshua M. Lifshitz
1190 Broadway
Hewlett, NY 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376
jml@jlclasslaw.com

*Additional Counsel*

2