**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| MATTHEW RICO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, and JULIO RODRIGUEZ,<br><br>        Defendants. | Case No. 21 CV 616<br><br>Hon. Patricia A. Gaughan<br>District Judge<br>Chief Judge<br><br>Hon. David A. Ruiz<br>Magistrate Judge |

[*Additional captions on following page.*]

**DECLARATION OF JUAN JOSE PEREZ IN SUPPORT OF THE**
**MOTION OF THE LORDSTOWN SHAREHOLDER GROUP**
**FOR CONSOLIDATION OF RELATED ACTIONS,**
**APPOINTMENT AS LEAD PLAINTIFF, AND**
<u>**APPROVAL OF SELECTION OF COUNSEL**</u>

| | |
|---|---|
| RAYMOND ROMANO, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-cv-00994-JRA |
| Plaintiff, | Hon. John R. Adams<br>District Judge |
| v. | Hon. Kathleen B. Burke<br>Magistrate Judge |
| LORDSTOWN MOTORS CORPORATION, STEPHEN S. BURNS, DAVID T. HAMAMOTO, MARK A. WALSH, ANDREW C. RICHARDSON, STEVEN R. HASH, and JUDITH A. HANNAWAY, | |
| Defendants. | |
| FNY MANAGED ACCOUNTS LLC, individually and on behalf of all others similarly situated, | Case No. 4:21-cv-01021-PAG |
| Plaintiff, | Hon. Patricia A. Gaughan<br>District Judge<br>Chief Judge |
| v. | Hon. Thomas M. Parker<br>Magistrate Judge |
| LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, JULIO RODRIGUEZ, SHANE BROWN and DARREN POST, | |
| Defendants. | |

I, Juan Jose Perez, declare as follows:

1.　　I am a member in good standing of the bar of the State of Ohio and of this Court.  I am a partner at the law firm Perez & Morris LLC.  I submit this Declaration in support of the motion filed by Ethan Fingerer, Kevin Levent, M.R.S. Leasing Corporation LTD, Mario Guerrero, and Carole Cooper (the "Lordstown Shareholder Group") for consolidation of related actions, appointment as Lead Plaintiff, and approval of the selection of Kessler Topaz Meltzer & Check, LLP and Block & Leviton LLP to serve as Lead Counsel for the class and Perez & Morris LLC to serve as Liaison Counsel for the class.  Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2.　　Attached hereto are true and correct copies of the following exhibits:

Exhibit A:　　Ethan Fingerer's, Kevin Levent's, M.R.S. Leasing Corporation LTD's, Mario Guerrero's, and Carole Cooper's sworn certifications pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:　　Charts of Ethan Fingerer's, Kevin Levent's, M.R.S. Leasing Corporation LTD's, Mario Guerrero's, and Carole Cooper's transactions and losses in Lordstown Motors Corp. and DiamondPeak Holdings Corp. securities during the Class Period;

Exhibit C:　　Joint Declaration of Ethan Fingerer, Kevin Levent, Michael A. Jones, Mario Guerrero, and Carole Cooper;

Exhibit D:　　Notice of the pendency of *Rico v. Lordstown Motors Corp., et al.*, No. 21 CV 616 (N.D. Ohio), published on March 18, 2021, in *Globe Newswire*;

Exhibit E:     Firm résumé of Kessler Topaz Meltzer & Check, LLP;

Exhibit F:     Firm résumé of Block & Leviton LLP; and

Exhibit G:     Firm résumé of Perez & Morris LLC.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed: May 17, 2021

*s/ Juan Jose Perez*
Juan Jose Perez
**PEREZ & MORRIS LLC**
8000 Ravine's Edge Court, Suite 300
Columbus, OH 43235
Telephone: (614) 431-1500
Facsimile: (614-431-3885
jperez@perez-morris.com
Ohio Bar Number: 0030400

*Proposed Liaison Counsel for the Class*

2