**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Matthew Rico, | ) | CASE NO. 4:21 CV 616 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Lordstown Motors, Corp., *et al.*, | ) | <u>Order</u> |
| | ) | |
| Defendants. | ) | |

The following two cases were recently transferred as related to the above-captioned case:

21 CV 994 and 21 CV 1021.  Pursuant to the Consolidation Order entered by this Court on April

13, 2021 (Doc. 9), the recently filed actions are consolidated with Case No. 21 CV 616.

**All filings must be made solely in Case No. 21 CV 616 and need only contain the case**

**caption for that case**.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge
Dated:  5/19/21          Chief Judge

1