Case: 4:21-cv-00616-DAR Doc #: 37-1 Filed: 06/01/21 1 of 3. PageID #: 1177

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN DIVISION**

| | |
|---|---|
| MATTHEW RICO, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, and JULIO RODRIGUEZ, <br><br> Defendants. | Case No. 4:21-cv-00616-PAG <br><br> **DECLARATION OF DANIELLE SMITH IN FURTHER SUPPORT OF MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT ASHITH PABBATHI AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |

010996-11/1557745 V1

I, Danielle Smith, declare as follows:

1.      I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Ashith Pabbathi ("Mr. Pabbathi" or "Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in further support of Mr. Pabbathi's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Estimated Losses and Damages of George Troicky; and

Exhibit B:      Publicly available records concerning Globestar Systems Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of June 2021, at Berkeley, California.

*/s/ Danielle Smith*
DANIELLE SMITH

010996-11/1557745 V1

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

By     */s/ Daniel R. Karon*
　　　　DANIEL R. KARON

010996-11/1557745 V1