# Exhibit A

**George Troicky**
**Estimated Losses and Damages**
**Lordstown Motor Corporation Common Stock (CUSIP: 54405Q100)**
**Class Period: August 3, 2020 - March 24, 2021**

-------------------------------------------------------------*Lax* Factors -------------------------------------------------------------

| Movant | Shares Purchased During CP | Net Shares Purchased During CP | Funds Expended During CP | Net Funds Expended During CP | ------ FIFO ------ Actual Losses (1) | Dura Losses (2) | ------ LIFO ------ Actual Losses (1) | Dura Losses (2) |
|---|---|---|---|---|---|---|---|---|
| George Troicky | 481,750 | 20,001 | $ 10,227,853.68 | $ 1,064,637.85 | $ (864,201.51) | $ (342,049.25) | $ (864,201.51) | $ (461,866.38) |

| | |
|---|---|
| Lookback Period Beginning | 3/24/2021 |
| Lookback Period Ending | 5/17/2021 |
| Days in Lookback Period | 55 |
| Lookback Period Average Closing Price | $ 10.0213 |

(1)  For shares sold during "Lookback Period", sale price is set to greater of actual sale price or average closing price from beginning of "Lookback Period" through date of sale.

(2)  On each FIFO or LIFO matched transaction, calculated as minimum of (a) actual loss as calculated in Note (1) or (b) difference in purchase vs sale estimated price inflation.
     Total Dura Losses may be greater than Total Actual Losses because actual gain, if any, on FIFO or LIFO matched transaction, is set to zero for that matched transaction.
     Post-Class Period purchases and sales through the end of the "Lookback Period", if any, are included for FIFO and LIFO matching purposes.

**Dura Losses: Alleged Disclosure Dates (Per Complaint)**

| Effective Date | Closing Price | Price Decline | Cumulative Price Decline |
|---|---|---|---|
| 2/12/2021 | $ 26.91 | $ (3.84) | $ (10.06) |
| 3/12/2021 | $ 14.78 | $ (2.93) | $ (6.22) |
| 3/18/2021 | $ 13.01 | $ (2.08) | $ (3.29) |
| 3/24/2021 | $ 11.38 | $ (1.21) | $ (1.21) |

**George Troicky**
**Estimated Losses and Damages**
**Lordstown Motor Corporation Common Stock (CUSIP: 54405Q100)**
**Class Period: August 3, 2020 - March 24, 2021**

| Movant | Shares Held @ Beginning of Class Period | Class Period Purchases Shares | Class Period Purchases $ | Class Period Sales Shares | Class Period Sales $ | Shares Held @ End of Class Period | Net Purchases or (Net Sales) Class Period | Lookback Period Sales Shares | Lookback Period Sales $ | Shares Held @ End of Lookback Period |
|---|---|---|---|---|---|---|---|---|---|---|
| George Troicky | - | 481,750 | $ 10,227,853.68 | 461,749 | $ 9,163,215.83 | 20,001 | 20,001 | - | $ - | 20,001 |

| | |
|---|---|
| Lookback Period Beginning | 3/24/2021 |
| Lookback Period Ending | 5/17/2021 |
| Days in Lookback Period | 55 |
| Lookback Period Average Closing Price | $ 10.0213 |