# Exhibit B

# Customer Onboarding Verification Report
## (COVR)

eSc

Transaction ID:   8807346

Page:     1 of 2

Request Date:  2021-05-20 04:36:59

Report Date:  2021-05-20 04:37:19

| Customer Entity Information | |
|---|---|
| **Item** | **Reported Results** |
| **Business Legal Name:** | GLOBESTAR SYSTEMS INC. |
| **Registration / Incorporation Number:** | 1018283 |
| **CRA Business Number:** | NOT PROVIDED |
| **Jurisdiction:** | ONTARIO |
| **Registration / Incorporation Date:** (YYYY-MM-DD) | 1993-02-09 |
| **Type:** | CORPORATION |
| **Registry Type:** | ONTARIO BUSINESS CORP. |
| **Entity Status:** | ACTIVE |
| **Mailing Address:** | 7 KODIAK CRESCENT TORONTO ONTARIO CANADA   M3J 3E5 |
| **Newly Registered / Incorporated:** (within one year) | NO |

©2014-2017 ESC Corporate Services Ltd. All Rights Reserved.

The Customer Onboarding Verification Report (COVR) is a summary of data fields extracted from the applicable public registry source(s). Available data fields are subject to limitations and qualifications stated and advised by the applicable registry in accordance with government statutes. Reference to government-produced documents should be made before any action is taken. Neither ESC Corporate Services Ltd., nor its Subcontractors, makes any representation or warranty, expressed or implied, with respect to the accuracy of the particulars set out herein.

# Customer Onboarding Verification Report
## (COVR)

eSC

Transaction ID:   8807346

Page:     2 of 2

Request Date:  2021-05-20 04:36:59

Report Date:  2021-05-20 04:37:19

| Trade Name Information | |
|---|---|
| **Name** | **Number** |
| NOT PROVIDED | NOT PROVIDED |

| Officers | | |
|---|---|---|
| **Name** | **Position** | **Address** |
| DAVID TAVARES | CHIEF EXECUTIVE OFFICER | 4800 TESTON RD VAUGHAN ONTARIO CANADA   L6A 1S1 |

| Directors | | |
|---|---|---|
| **Name** | **Position** | **Address** |
| DAVID TAVARES | DIRECTOR | 4800 TESTON RD VAUGHAN ONTARIO CANADA   L6A 1S1 |
| ANNA TAVARES | DIRECTOR | 79 NOBLE PRINCE PLACE WOODBRIDGE ONTARIO CANADA   L4H 1S5 |

| Shareholder Information | |
|---|---|
| **Name** | **Additional Information** |
| NOT PROVIDED | NOT PROVIDED |

©2014-2017 ESC Corporate Services Ltd. All Rights Reserved.

The Customer Onboarding Verification Report (COVR) is a summary of data fields extracted from the applicable public registry source(s). Available data fields are subject to limitations and qualifications stated and advised by the applicable registry in accordance with government statutes. Reference to government-produced documents should be made before any action is taken. Neither ESC Corporate Services Ltd., nor its Subcontractors, makes any representation or warranty, expressed or implied, with respect to the accuracy of the particulars set out herein.

Request ID:     026187532
Transaction ID: 79349990
Category ID:    UN/E

Province of Ontario
Ministry of Government Services

Date Report Produced:  2021/05/20
Time Report Produced:  16:32:24
Page:                  1

# CORPORATION PROFILE REPORT

| Ontario Corp Number | Corporation Name | Incorporation Date |
|---|---|---|
| 1018283 | GLOBESTAR SYSTEMS INC. | 1993/02/09 |

**Jurisdiction**

ONTARIO

| Corporation Type | Corporation Status | Former Jurisdiction |
|---|---|---|
| ONTARIO BUSINESS CORP. | ACTIVE | NOT APPLICABLE |

**Registered Office Address**

| | Date Amalgamated | Amalgamation Ind. |
|---|---|---|
| | NOT APPLICABLE | NOT APPLICABLE |

7 KODIAK CXRESCENT

| | New Amal. Number | Notice Date |
|---|---|---|
| | NOT APPLICABLE | NOT APPLICABLE |

TORONTO
ONTARIO
CANADA   M3J 3E5

**Letter Date**

**Mailing Address**

NOT APPLICABLE

| | Revival Date | Continuation Date |
|---|---|---|
| 7 KODIAK CRESCENT | NOT APPLICABLE | NOT APPLICABLE |

| | Transferred Out Date | Cancel/Inactive Date |
|---|---|---|
| TORONTO | | |
| ONTARIO | | |
| CANADA   M3J 3E5 | NOT APPLICABLE | NOT APPLICABLE |

| | EP Licence Eff.Date | EP Licence Term.Date |
|---|---|---|
| | NOT APPLICABLE | NOT APPLICABLE |

| Number of Directors | | Date Commenced | Date Ceased |
|---|---|---|---|
| Minimum | Maximum | in Ontario | in Ontario |
| UNKNOWN | UNKNOWN | NOT APPLICABLE | NOT APPLICABLE |

**Activity Classification**

NOT AVAILABLE

Request ID:       026187532
Transaction ID:   79349990
Category ID:      UN/E

Province of Ontario
Ministry of Government Services

Date Report Produced:  2021/05/20
Time Report Produced:  16:32:24
Page:                  2

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1018283

**Corporation Name**

GLOBESTAR SYSTEMS INC.

**Corporate Name History**

GLOBESTAR SYSTEMS INC.

GLOBE STAR SYSTEMS INC.

**Effective Date**

2018/01/08

1993/02/09

**Current Business Name(s) Exist:**     NO

**Expired Business Name(s) Exist:**     NO

**Administrator:**
**Name (Individual / Corporation)**

DAVID

TAVARES

**Address**

4800 TESTON RD

VAUGHAN
ONTARIO
CANADA   L6A 1S1

**Date Began**

1993/02/09

**First Director**

NOT APPLICABLE

**Designation**

DIRECTOR

**Officer Type**

**Resident Canadian**

Y

Request ID: 026187532
Transaction ID: 79349990
Category ID: UN/E

Province of Ontario
Ministry of Government Services

Date Report Produced: 2021/05/20
Time Report Produced: 16:32:24
Page: 3

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1018283

**Corporation Name**

GLOBESTAR SYSTEMS INC.

**Administrator:**
**Name (Individual / Corporation)**

DAVID

TAVARES

**Address**

4800 TESTON RD

VAUGHAN
ONTARIO
CANADA   L6A 1S1

| **Date Began** | **First Director** |
| --- | --- |
| 1993/02/09 | NOT APPLICABLE |

| **Designation** | **Officer Type** | **Resident Canadian** |
| --- | --- | --- |
| OFFICER | CHIEF EXECUTIVE OFFICER | Y |

**Administrator:**
**Name (Individual / Corporation)**

ANNA

TAVARES

**Address**

79 NOBLE PRINCE PLACE

WOODBRIDGE
ONTARIO
CANADA   L4H 1S5

| **Date Began** | **First Director** |
| --- | --- |
| 2008/11/20 | NOT APPLICABLE |

| **Designation** | **Officer Type** | **Resident Canadian** |
| --- | --- | --- |
| DIRECTOR | | Y |

| | | |
|---|---|---|
| Request ID: 026187532 | Province of Ontario | Date Report Produced: 2021/05/20 |
| Transaction ID: 79349990 | Ministry of Government Services | Time Report Produced: 16:32:24 |
| Category ID: UN/E | | Page: 4 |

# CORPORATION PROFILE REPORT

**Ontario Corp Number**

1018283

**Corporation Name**

GLOBESTAR SYSTEMS INC.

**Last Document Recorded**

| Act/Code | Description | Form | Date |
|---|---|---|---|
| BCA | ARTICLES OF AMENDMENT | 3 | 2018/01/08 |

THIS REPORT SETS OUT THE MOST RECENT INFORMATION FILED BY THE CORPORATION ON OR AFTER JUNE 27, 1992, AND RECORDED IN THE ONTARIO BUSINESS INFORMATION SYSTEM AS AT THE DATE AND TIME OF PRINTING.  ALL PERSONS WHO ARE RECORDED AS CURRENT DIRECTORS OR OFFICERS ARE INCLUDED IN THE LIST OF ADMINISTRATORS.

ADDITIONAL HISTORICAL INFORMATION MAY EXIST ON MICROFICHE.

The issuance of this report in electronic form is authorized by the Director of Companies and Personal Property Security Branch.