# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MATTHEW RICO, individually and on behalf of all others similarly situated, | No. 4:21-cv-00616-PAG |
| Plaintiff, | Judge Patricia A. Gaughan |
| v. | |
| LORDSTOWN MOTORS CORP., STEPHEN S. BURNS, RICH SCHMIDT, and JULIO RODRIGUEZ, | |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF FRANCIS P. MCCONVILLE IN FURTHER SUPPORT OF GEORGE TROICKY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and have filed a motion to be admitted *pro hac vice* in this case.  I am a Partner at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in further support of the motion filed by proposed Lead Plaintiff George Troicky ("Mr. Troicky") for the entry of an Order: (1) appointing Mr. Troicky as Lead Plaintiff; (2) approving Mr. Troicky's selection of Labaton Sucharow as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibit A is a true and correct copy of the following document:

EXHIBIT A:   Biographies of Carol C. Villegas and Christine M. Fox.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  June 1, 2021

Respectfully submitted,

*/s/ Francis P. McConville*
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ *Francis P. McConville*
Francis P. McConville