UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

MATTHEW RICO, Individually and on
Behalf of All Others Similarly Situated,

                         Plaintiff,

        v.

LORDSTOWN MOTORS CORPORATION
AND STEPHEN S. BURNS,

                   Defendants.

Case No. 4:21-cv-00616-PAG

**CLASS ACTION**

---

## FNY MANAGED ACCOUNTS LLC'S REPLY IN SUPPORT OF MOTION TO CONSOLIDATE CASES AND FOR THE APPOINTMENT OF <u>LEAD PLAINTIFF AND LEAD COUNSEL</u>

Plaintiff and lead plaintiff movant FNY Managed Accounts LLC ("FNY") respectfully submits this brief reply in connection with the lead plaintiff motions in the Action.[1]

FNY is the only institutional investor movant in this Action and, more importantly, the only movant to investigate and file a detailed complaint against the defendants.  FNY has previously worked successfully in other matters with George Troicky's counsel, Labaton Sucharow LLP, and nothing in the opposition briefs suggests either that Mr. Troicky does not have the largest financial interest in the litigation or is otherwise unqualified to serve as a lead plaintiff.

---

[1] All defined terms herein have the same definition as defined in FNY's opening motion (the "<u>Motion</u>") (ECF No. 14).

Upon the foregoing, FNY supports the application or Mr. Troicky and it remains ready, willing and able to serve in any leadership structure the Court determines is in the best interest of the Class.

Dated:  June 8, 2021

/s/ William K. Flynn
Richard S. Wayne (0022390)
William K. Flynn (0029536)
STRAUSS TROY CO., LPA
150 East 4th Street, #4
Cincinnati, Ohio 45202
Telephone:  (513) 629-9472

*Proposed Liaison Counsel for the Class and Liaison Counsel for Plaintiff FNY Managed Accounts LLC*

Andrew J. Entwistle (*Pro Hac Vice*)
ENTWISTLE & CAPPUCCI LLP
Frost Bank Tower
401 Congress Avenue, Suite 1170
Austin, TX 78701
Telephone:  (512) 710-5960

-and-

Robert N. Cappucci (*Pro Hac Vice*)
ENTWISTLE & CAPPUCCI LLP
230 Park Avenue, 3rd Floor
New York, New York 10169
Telephone:  (212) 894-7200

*Proposed Lead Counsel for the Class and Attorneys for Plaintiff FNY Managed Accounts LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *William K. Flynn*
William K. Flynn