# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW RICO, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LORDSTOWN MOTORS CORP., *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 4:21 CV 616<br><br>JUDGE PATRICIA A. GAUGHAN<br><br><u>CLASS ACTION</u> |

## JOINT STIPULATION AND SCHEDULING ORDER

Lead Plaintiff George Troicky, by and through his counsel, and Lordstown Motors Corp., Stephen S. Burns, Rich Schmidt, and Julio Rodriguez, by and through their counsel, hereby stipulate and agree to the following matters:

WHEREAS, on April 13, 2021, the Court issued an Order affirming that: (1) Defendants expressly agree to accept service of process; (2) Defendants are not required to answer or otherwise respond to any complaint currently pending or subsequently filed and consolidated in this action; and (3) within 10 days of the appointment of a lead plaintiff, the Parties will confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto.  ECF No. 10.

WHEREAS, on June 17, 2021, the Court issued an Order appointing George Troicky as Lead Plaintiff and approving his selection of Labaton Sucharow LLP as Lead Counsel.  ECF No. 47.

WHEREAS, Lead Plaintiff intends to file an amended complaint.

WHEREAS, Defendants anticipate moving to dismiss Lead Plaintiff's amended complaint.

WHEREAS, the Parties have conferred on an appropriate case schedule.

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, in the interests of judicial economy, hereby agree and stipulate, and respectfully request that the Court order as follows:

1. The above-captioned action will be renamed as the following: *In re Lordstown Motors Corp. Securities Litigation*, Case No. 4:21 CV 616.

2. Lead Plaintiff shall file an amended complaint by September 10, 2021.

3. Defendants will move to dismiss or otherwise respond to the amended complaint by November 9, 2021, or such other date set by the Court.

4. Lead Plaintiff will file its opposition to the Motion(s) to Dismiss by January 17, 2022, or such other date set by the Court.

5. Defendants will file their reply or replies to the opposition to the Motion(s) to Dismiss by March 3, 2022, or such other date set by the Court.

6. The hearing on the Motion(s) to Dismiss will be set by the Court.

7. This stipulation shall not prejudice Defendants' or Lead Plaintiff's rights to request reasonable extensions or seek any other appropriate orders from the Court.

**IT IS SO STIPULATED.**

Dated: June 28, 2021

Respectfully submitted,

| | |
|---|---|
| */s/* Francis P. McConville | */s/* Douglas W. Greene |
| **LABATON SUCHAROW LLP** | **BAKER & HOSTETLER LLP** |
| Francis P. McConville | Douglas W. Greene |
| 140 Broadway | Email: dgreene@bakerlaw.com |
| New York, New York 10005 | 999 Third Avenue, Suite 3900 |
| Tel: 212-907-0700 | Seattle, WA 9814 |
| Fax: 212-818-0477 | Telephone: 206.332.1380 |
| fmcconville@labaton.com | Facsimile: 206.624.7317 |
| | |
| *Counsel for Lead Plaintiff George Troicky and Lead Counsel for the Class* | Douglas L. Shively |
| | Email: dshively@bakerlaw.com |
| | Key Tower, 127 Public Square, Suite 2000 |
| | Cleveland, OH 44114 |
| | Telephone: 216.621.0200 |
| | Facsimile: 216.696.0740 |
| | |
| | *Attorneys for Defendants Lordstown Motors Corp., Stephen S. Burns, Rich Schmidt, and Julio Rodriguez* |

**IT IS SO ORDERED.**

DATED: __July 6__, 2021         /s/ Patricia A. Gaughan
                                                PATRICIA A. GAUGHAN
                                                United States District Judge
                                                Chief Judge

3