**CERTIFICATION**

I, Ashith Pabbathi, hereby certify as follows:

1.      I have reviewed the consolidated amended complaint prepared against Lordstown Motors Corp. ("Lordstown") alleging violations of the federal securities laws, and authorize the filing of this pleading;

2.      I did not purchase securities of Lordstown at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      My transactions in Lordstown securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      I sought to serve as a lead plaintiff and/or representative party in the following class action under the federal securities laws filed during the last three years:

*Rico v. Lordstown Motors Corp.*, No. 4:21-cv-0616 (N.D. Ohio)

6.      Beyond my pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 10th day of September, 2021.

DocuSigned by:

*Ashith Pabbathi*

7E475367930C410...

Ashith Pabbathi

## EXHIBIT A

### TRANSACTIONS IN LORDSTOWN MOTORS CORP.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 02/25/21 | 30,000.00 | $21.15 | ($634,500.00) |
| Purchase | 02/25/21 | 30,000.00 | $20.75 | ($622,500.00) |