**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| IN RE LORDSTOWN MOTORS CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00616 (PAG) <br><br> **CLASS ACTION** |

**PLAINTIFFS' NOTICE OF MOTION FOR A PARTIAL LIFTING OF THE**
**PSLRA DISCOVERY STAY PURSUANT TO 15 U.S.C. § 78u-4(b)(3)(B)**

Lead Plaintiff George Troicky ("Lead Plaintiff"), and additional named Plaintiffs Daniel Tavares, Globestar Systems Inc., Ashith Pabbathi, and FNY Managed Accounts LLC (together, "Plaintiffs"), by their undersigned counsel, respectfully move this Court before the Honorable Chief Judge Patricia A. Gaughan, United States District Court Judge, at the United States District Court for the Northern District of Ohio, Eastern Division, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Courtroom 19B, Cleveland, Ohio 44113-1835, for a partial lifting of the PSLRA discovery stay pursuant to 15 U.S.C. § 78u-4(b)(3)(B), or in the alternative, to order Defendant Lordstown Motors Corp. to preserve all relevant documents.

[signatures on following page]

DATED: October 14, 2021

**LABATON SUCHAROW LLP**

By: *Carol C. Villegas*

Carol C. Villegas (*admitted pro hac vice*)
Christine M. Fox (*admitted pro hac vice*)
David J. Schwartz (*admitted pro hac vice*)
Jake Bissell-Linsk (*admitted pro hac vice*)
Charles M. Farrell (*admitted pro hac vice*)
140 Broadway, 34th Floor
New York, NY  10005
Telephone: (212) 907-0700
Email: cvillegas@labaton.com
Email: cfox@labaton.com
Email: dschwartz@labaton.com
Email: jbissell-linsk@labaton.com
Email: cfarrell@labaton.com

*Counsel for Lead Plaintiff
George Troicky and Lead
Counsel for the Class*

**THE SCHALL LAW FIRM**

Brian Schall (*pro hac vice forthcoming)*
Rina Restaino (*pro hac vice forthcoming)*
2049 Century Park East, Suite 2460
Los Angeles, CA 60067
Telephone: (424) 303-1964
Email: brian@schallfirm.com
Email: rina@schallfirm.com

*Additional Counsel for Lead
Plaintiff George Troicky*

**ENTWISTLE & CAPPUCCI LLP**

Andrew J. Entwistle (*pro hac vice
forthcoming*)
Frost Bank Tower
401 Congress Avenue, Suite 1170
Austin, TX 78701
Telephone: (512) 710-5960
Email: aentwistle@entwistle-law.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Reed R. Kathrein (*admitted pro hac vice*)
Lucas Gilmore (*admitted pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Email: reed@hbsslaw.com
Email: lucasg@hbsslaw.com

Steve W. Berman (*admitted pro hac vice*)
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com

*Counsel for Additional Named Plaintiff Ashith
Pabbathi and Additional Counsel for the Class*

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim (*admitted pro hac vice*)
Daniel Tyre-Karp (*admitted pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com
Email: dtyrekarp@rosenlegal.com

*Counsel for Additional Named Plaintiffs
Daniel Tavares and Globestar Systems Inc.
and Additional Counsel for the Class*

-and-
Robert N. Cappucci (*pro hac vice forthcoming*)
230 Park Avenue, 3rd Floor
New York, New York 10169
Telephone: (212) 894-7200
Email: rcappucci@entwistle-law.com

***Attorneys for Plaintiff FNY Managed Accounts LLC and Additional Counsel for the Class***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 14, 2021, a copy of the foregoing was filed electronically via the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties whose counsel has appeared in this action, by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Carol C. Villegas*

Carol C. Villegas
