## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| IN RE LORDSTOWN MOTORS CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00616 (PAG)<br><br>**<u>CLASS ACTION</u>** |

## DECLARATION OF CAROL C. VILLEGAS IN SUPPORT
## OF PLAINTIFFS' MOTION FOR A PARTIAL LIFTING OF
## THE PSLRA DISCOVERY STAY PURSUANT TO 15 U.S.C. § 78u-4(b)(3)(B)

I, Carol C. Villegas, declare as follows:

1.      I am a partner of Labaton Sucharow LLP, and one of the attorneys acting as Lead Counsel on behalf of Lead Plaintiff George Troicky ("Lead Plaintiff") and the class in the above captioned action.

2.      I provide this declaration in support of Plaintiffs' motion for a partial lifting of the PSLRA discovery stay pursuant to 15 U.S.C. § 78u-4(b)(3)(B) to allow Plaintiffs to make particularized discovery requests of Defendant Lordstown Motors Corp., filed October 14, 2021 (the "Motion").

3.      I have personal knowledge of the facts stated herein, and, if called as a witness, could and would competently testify to them under oath.

4.      Attached hereto as **Exhibit A** is a true and correct copy of an Order Regarding Motions for Preliminary Injunction and Sanctions entered on September 16, 2021 in the litigation captioned *Karma Automotive LLC v. Lordstown Motors Corp.*, No. 8:20-cv-02104-JVS-DFM (C.D. Cal.) (*"Karma* Action") (ECF No. 159).

5.      Attached hereto as **Exhibit B** is a true and correct copy of the First Amended Complaint filed in the *Karma* Action on April 20, 2021 (ECF No. 72).

6.      Attached hereto as **Exhibit C** is a true and correct copy of excerpted pages from the transcript of the deposition of Roger Joe Durre taken on January 29, 2021 in the *Karma* Action (filed publicly in the *Karma* Action at ECF No. 133-2).

7.      Attached hereto as **Exhibit D** is a true and correct copy of excerpted pages from the transcript of the deposition of Hong Xin "George" Huan taken on February 4, 2021 in the *Karma* Action (filed publicly in the *Karma* Action at ECF No. 133-2).

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 14 day of October, 2021.

<u>/s/ Carol C. Villegas</u>
Carol C. Villegas

2