# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


KARMA AUTOMOTIVE LLC, a          )

California limited liability     ) Case No.

company,                         ) 8:20-cv-02104-JVS-DFM

                Plaintiff,       )

           v.                    )

LORDSTOWN MOTORS CORP., an       )     DEPOSITION OF:

Ohio corporation; STEVE BURNS,   )    ROGER JOE DURRE

an individual, JOHN LAFLEUR,     )

an individual, DARREN POST, an   ) TAKEN:  JANUARY 29, 2021

individual, RICH SCHMIDT, an     )

individual, ROGER J. DURRE, an   )

individual, HONG XIN HUAN        )

(A.K.A. "GEORGE" HUAN), an       )

individual, and DOES 1 through   )

50, inclusive,                   )

                Defendants.      )

_____)

REPORTED REMOTELY BY:


Beverly A. Benjamin, CSR No. 710


Notary Public

Page 110

property?

MR. LUCCHESI:  You mean in your possession?

Q.  (BY MR. ELKON)  Yes.  In your possession.
Sorry.

A.  I did delete it.

Q.  But you didn't delete it right after you had
this meeting with Christina; correct?

A.  I did not.

Q.  You deleted it after you received notice that
Karma had sued you; right?

A.  I did.

Q.  In fact, shortly after you received that
notice; correct?

A.  I did.

Q.  So you received notice of the lawsuit from
Mr. Post on October 31st, and you deleted information
from your external hard drive on November 1st and 2nd;
correct?

A.  I thought I deleted them immediately.

Q.  So you thought you might have deleted them on
October 31st after receiving notice of the lawsuit?

A.  I believe so.

Q.  With respect to your deletion, you deleted
from a Western Digital hard drive and a SanDisk dual
drive; correct?

Page 111

A.   I'm not sure about which drive, but the main drive is at Western Digital.

Q.   And with respect to the Western Digital, you deleted everything Karma related from it shortly after learning about the lawsuit; correct?

A.   So I deleted the Karma directory, which had other things in it, too.  I think I had personal folders and other things.  It wasn't sorted out.  It was just dumped in there.

Q.   And then the SanDisk hard drive, you reformatted; correct?

A.   So there was a USB drive that was just a carrier, and that one I wiped clean.

Q.   Right.  By reformatting it; correct?

A.   No.  No.  I used a piece of software.

Q.   What software did you use to wipe the contents of the SanDisk?

MR. LUCCHESI:  Can I interrupt for one second?  He is using the phrase "USB drive" and you are using the phrase "SanDisk."  I don't know if you're talking about the same thing or not.  Maybe you could clarify what -- I just want to make sure Joe is answering your question.

Q.   (BY MR. ELKON)  Okay.  So there was a Western Digital external hard drive; correct?

A.   Yes, there was.

Q.   And you deleted the entire Karma directory from it; correct?

A.   Yes, I believe so.

Q.   And then there was also a SanDisk dual drive; correct?

A.   So there was a USB stick.  I had a SanDisk USB stick.  I don't know what it was called.  It just was a USB stick.

Q.   And what did you do to remove Karma information from the SanDisk USB stick?

A.   So the disk had more than just Karma information, it had all kinds of information on it.  So I completely deleted what was on there, and then I did a wipe with it, which is, you are right, formatting of some kind.

Q.   What software did you use to do that wiping?

A.   I don't recall.

Q.   But it was your understanding once you were done with that wiping, that the contents of that SanDisk USB stick would not be recoverable; correct?

A.   On that USB drive, yeah.

Q.   Was it your intention when you deleted files from the Western Digital external hard drive, that the files you deleted there would not recoverable either?

A.   No.  I knew those would be recoverable.

Q.  So if you knew they would be recoverable, why did you delete them?

A.  Because I said I would delete them.

Q.  So it's your contention that you deleted the information from the Western Digital hard drive and reformatted the SanDisk USB stick in compliance with what you promised to Christina on September 1, 2020; correct?

A.  Well, that's the only thing I could think of that they would be objecting to.

Q.  If you could turn back to Exhibit 3 for a second, your agreement.  Take a look at the bottom of page 6, paragraph 11.B entitled Entire Agreement.  Are you there?

A.  11 --

Q.  11.B.

A.  Okay.

Q.  The next-to-last sentence of 11.B says:  "No modification of or amendment to this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing signed by an officer of the Company (other than me) and me."  Do you see that?

A.  Yes, I see it.

Q.  Christina was not an officer of Karma; correct?

Page 207

Lordstown on August 1st; right?

A. It was the beginning of August. It may have been, yeah.

Q. Lordstown started paying you at the beginning of August in 2020; right?

A. That is correct.

Q. So at the time you're sending all these emails to your personal email account you are being paid by Lordstown; correct?

A. That's correct.

Q. But your testimony is that you were doing all of this on behalf of Karma; right?

A. I was still working for Karma.

Q. You're also working for Lordstown at this point; right?

A. That is correct.

Q. And of the two masters who were paying you, you contend that sending all these emails home to your personal email account was serving the Karma master and not the Lordstown master; right?

A. It definitely had nothing to do with LMC. It was all about what still needed to be done for Karma. Like I said, I left Karma, not because there wasn't anything to do, it's because in the position I was in, that's not what I went there for. That's why I left.

Page 222

Q.  Do you know from whom you would have received it?

A.  So I believe this was the document that Darren sent that showed what the cost targets that they had were.

Q.  Their cost targets for developing an infotainment system; right?

A.  I believe so.

Q.  Do you know if this was shared with anyone at Karma other than you?

A.  Yeah, absolutely.

Q.  With whom was it shared?

A.  Specifically I would say with biz dev.  So Jeff and anyone from biz dev.  But we went through the costing, and Jeff actually asked for this document again to be sure that we had the right -- I'm fairly certain that it was shared and this was discussed because this was the target, the BOM target for LMC.

Q.  Okay.  Let's go back to Exhibit 21.  Take a look at row 77, LMCW_BC.lnk.  Do you see that?

A.  I see it.

Q.  Do you have any reason to dispute that that was on the SanDisk?

MR. LUCCHESI:  Do you want to ask him if he knows what that is first?

Q.   (BY MR. ELKON)   Do you know what that is?

A.   Line 76?

Q.   77.

A.   77.   It looks like a link.

Q.   Right.   But do you know what LMCW_BC is?

A.   I would assume that it is a business case linked to some kind of document, but I don't know what this Volume B3 BC is, but if that's the disk, then that's what would be on there.

Q.   If you scroll over to column L in row 77, do you see that?

A.   I got it now.

Q.   Okay.   So on the SanDisk you had a folder structure that was LMC and then within the LMC folder there was a business case folder.   Do you see that?

A.   Yes.

Q.   And then within the business case folder is LMCW_BC.   Do you see that?

A.   Yes.

Q.   Okay.

MR. ELKON:   Sean, let's pull that one up. Exhibit 23, LMCW_BC.

MR. KINGSTON:   My understanding is that is the previous Exhibit 12.

MR. ELKON:   Okay.   So pull up Exhibit 12.

MR. LUCCHESI:  So do you want us to look at Exhibit 12 again?

MR. ELKON:  Just very briefly.

MR. LUCCHESI:  Okay.

Q.  (BY MR. ELKON)  So Mr. Durre, my question simply is:  Is it your recollection that the LCM West Coast Business Case was on the SanDisk USB stick and then you deleted it on or around November 1, 2020?

A.  I don't recall anything on the disk, but I did delete whatever it was on.

Q.  You don't know whether or not the LMC West Coast Business Case was on a disk or not.

A.  I do not.  I don't know what was on there.

Q.  Okay.  Then let's take a look at -- let's go back to exhibit, what were we on, Exhibit 21?

MR. LUCCHESI:  Exhibit 21 was the last marked exhibit.

MR. ELKON:  22 was the last one, but 21 is the lnk files.

MR. LUCCHESI:  I'm sorry, you're correct.

Do you want to go back to 21?

MR. ELKON:  Yes, I want to go back to 21.

Q.  (BY MR. ELKON)  Then when you're looking at Exhibit 21, Mr. Durre, take a look at row 96.

A.  Okay.  I've got it.