# EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


KARMA AUTOMOTIVE LLC, a           )

California limited liability      ) Case No.

company,                          ) 8:20-cv-02104-JVS-DFM

                Plaintiff,        )

            v.                    )

LORDSTOWN MOTORS CORP., an        )       DEPOSITION OF:

Ohio corporation; STEVE BURNS,    )  HONG XIN "GEORGE" HUAN

an individual, JOHN LAFLEUR,      )

an individual, DARREN POST, an    ) TAKEN:  FEBRUARY 4, 2021

individual, RICH SCHMIDT, an      )

individual, ROGER J. DURRE, an    )

individual, HONG XIN HUAN         )

(A.K.A. "GEORGE" HUAN), an        )

individual, and DOES 1 through    )

50, inclusive,                    )

                Defendants.       )

_____)

REPORTED REMOTELY BY:


Beverly A. Benjamin, CSR No. 710


Notary Public

You want the particular date?  I don't remember.

Q.  I don't want the particular date.  What I want to know is, did that SSD card contain Karma documents when you handed it to your lawyers to be reviewed?

A.  This when I submit to my lawyer the SSD card Karma folder, only one folder in there had been removed, deleted.

Q.  It had been removed?

A.  Had been deleted.

Q.  When did you delete it?

A.  I don't remember exactly.  Somewhere around November 1st, November 2nd, I don't remember exact date.

Q.  But after you became aware of the lawsuit; correct?

A.  I was given the document about a lawsuit.

Q.  Sorry, is that a yes, you deleted the Karma folder from the SSD card after you became aware that Karma had filed a lawsuit against you?

A.  Yes, I do.

Q.  So it is your understanding that the SSD card did not contain any Karma information when you handed it over it to your lawyers; correct?

A.  As far as my understanding it had been deleted, so yeah.  They maybe see it, it just depends how they got information.  I don't know.

Page 52

Q. Do you have children?

A. Yes, I have children.

Q. How many?

A. I have three.

Q. What are their names and ages?

A. First is Andrew Huan, and he born 1999; so he's 22. And I have second is set of twins, they born in 2002, in July 10th; so they are 18, 19. So they're twins. One is 22, one is 19 -- two are 19.

Q. What are the names of your twins?

A. The second child called Benjamin Huan, third daughter called Cloris, C-l-o-r-i-s, Huan.

Q. Do your children live with you?

A. They are, yeah, they live with me.

Q. Mr. Huan, did you graduate high school?

A. No, I graduate from college and -- of course, high school and college and graduate school.

Q. Where did you go to college?

A. College at University of Waterloo in Ontario, Canada.

Q. When did you graduate?

A. Graduate in 1996 in computer engineering.

Q. Is that a BS degree?

A. Yeah; bachelor of science.

Q. Then what did you do educationally after you

Lordstown?

A. I don't understand the terminology. I don't have, except I working for them.

Q. Do you have any shares in Lordstown?

A. No.

Q. Do you understand, if I said: Do you have any equity in Lordstown, would you understand what I mean?

A. I don't really understand this terminology. My understanding I'm working for Lordstown so I'm part of their asset, too. I don't have any shares from them.

Q. As far as you know, you don't own any piece of Lordstown; correct?

A. I don't own any piece of them.

Q. You're just paid a salary plus benefits by Lordstown; correct?

A. Yes.

Q. When did you start working for Lordstown?

A. August 17, 2020.

Q. Do you know the first day you were on Lordstown's payroll?

A. I think August 17th starting work.

Q. The first day they started paying you and the first day you started doing work for them is August the 17th; is that correct?

A. Yes.

CaseCase:4:21-cv-04006-SDHAR Document63-1352d:File04/2166df 14ageageID#718Page ID
Hong-Kin "George" Huan                February 4, 2021
Karma Automotive LLC v. Lordstown Motors Corp

Page 63

Q.   What are the benefits?

A.   Regular benefits; just medical and whatever typical benefits is, medical insurance, yeah, whatever.

Q.   Is there any other compensation that you receive from Lordstown other than the salary and the benefits that you've described?

A.   No.

Q.   What is your job title with Lordstown?

A.   Principal engineer, software architect.

Q.   Sorry, what type of engineer?

A.   Principal engineer, software architect.

Q.   Broadly speaking, what do you do for Lordstown as a principal engineer and software architect?

A.   I have special assignment, responsible for two things:  Lordstown's cyber security architecture; and also responsible for the infotainment and telematics architecture.

Q.   With respect to cyber security, is that cyber security as pertaining to the infotainment system or cyber security for the company generally?

A.   In the company general for the product design; so related to components and supply and then product design.

Q.   So the cyber security role is essentially to make sure that none of the product design that Lordstown

comes up with gets I guess stolen or accessed by hackers; is that correct?

A. In general terms, yes, preventing people be able to compromise the system. And also make sure the supply also fulfill the quality and the design guidelines. So to make sure it's safe for us to use, too.

Q. Is it your understanding that Lordstown treats its product design as being highly confidential?

MR. BRENNAN: Objection; vague.

THE WITNESS: Could you repeat the question.

Q. (BY MR. ELKON) Yes. Is it your understanding that Lordstown treats its product design information as highly confidential?

MR. BRENNAN: Same objection.

THE WITNESS: I don't know what Lordstown consider it is so I don't know what that means. So I cannot speculating other people you talking about, but not in my view.

Q. (BY MR. ELKON) You understand that one of your tasks is to make sure that Lordstown's product design information is safe from being accessed by unauthorized people; correct?

MR. BRENNAN: Objection.

Q. (BY MR. ELKON) That's the point of cyber

that?

A.   Yes.   And this has never take off.   This one of the suggestions or recommendation given to Karma.

Q.   Is it your testimony that you did not create a new architecture with connectivity, acoustics, security, and data intelligence when you worked at Karma?

A.   The term of this new architecture has a special meaning.   This one mean that architecture kind of improve what you already have.   So new is not necessarily meaning brand-new.   It's architecture to help what is already available.   So lot of things, you see A2B is very specific to Karma.   So that's some improvement need to be put in there; so that's what it said.   The market lead audio one -- this is some things which is, that's what we have.   Like A2B is added when I was in Karma in there.   So this is audio architecture we put into for Karma to get in their first A2B-based audio architecture for it.

What it mean new is basically addition to what they already have.   So basically the foundation already in there.   So Karma Revero 1.0 have all the hardware in there but just adding some of those software pieces into it.

MR. BRENNAN:   George, I would admonish you: Just listen to Michael's question and answer that

That SSD device contained some Karma documents that you developed or maintained on behalf of Karma; correct?

MR. BRENNAN:  Objection.

Q.  (BY MR. ELKON)  I don't care about the personal stuff.  I'm not asking about the personal stuff.  That SSD device contained materials that you worked on at Karma; correct?

MR. BRENNAN:  Same objection.

Go ahead.

THE WITNESS:  I backed up the information in the folder which contains both information, personal and some of them belongs to Karma.

Q.  (BY MR. ELKON)  You kept that after the end of your employment with Karma; correct?  So the Karma-related information on the SSD device, you retained that after you left Karma; correct?

A.  The backup is before I leave Karma.  So I take this backup without understanding this is already in there.  So I'm not using it; I delete it right after.

Q.  And by "right after," you mean right after you received a copy of the lawsuit you deleted the materials; right?

A.  That's correct.  I'm not using it at all and found there are no use for me in there.

Q.  Did you plug that SSD device into any computer

stand to tell about the truth and the fact that

happened.

Q.  (BY MR. ELKON)  I'm not asking whether it

happened.  I'm asking whether you can sit here today and

say:  I would not publish a document with the software

requirements for the Lordstown infotainment system onto

the Internet where everyone can see it.

MR. BRENNAN:  Objection.

THE WITNESS:  Again, I come in here to tell

you what happened.  So if you have something happen

before and you let me know, I let you know.  And then I

cannot just make an assumption or a future assumption.

So hopefully -- that's what I...

Q.  (BY MR. ELKON)  You would not want to assume

that -- never mind.

MR. ELKON:  Andrew, let's pull up the Huan

folder file structure, please.

(Exhibit 46 marked.)

Q.  (BY MR. ELKON)  Do you have the document up?

A.  I just opened spreadsheet.

Q.  Now, this, Mr. Huan, I will represent to you

is the listing of the files that were on the external

hard drive that you returned as part of the -- in

compliance with the court's order to turn over the

external hard drive that we mentioned in our complaint.

A.   Okay.

Q.   Now, I want to ask you, there were some very large files that you put onto and then immediately deleted off of this device.  The first is, there is an ubuntu.  I think it's row 20.  Do you see that?

A.   Okay.  So what is your question?

Q.   The logical size is --

A.   300 gig.

Q.   That is an enormous file; right?

A.   Yeah, you ask why so big?

Q.   No, I'm not asking why it's so big.

A.   Okay.

Q.   Now, you put this onto the Samsung and then deleted it almost immediately thereafter, like a minute or two later.  Do you remember doing that?

A.   No.  Why, how you -- okay.  This is -- let's put that way, this is vdi, it's a virtual box file who contained all Linux OS, the Linux operating system.  So that's why it's huge.  And as I said, I using this one and to hosting my Linux virtual box, entire OS in my SSD card in there.

And I don't remember I deleted in there unless I run out of memory.  So 1808, it says -- do you see above that one, it went to 2020 is about same size, right?  So it's different revision of Linux, right.  And

I host a multiple often so that I can running off my hard disk.  So you can see it's 300 gig.  I only have 400 gig total in there on my whole memory space.

So I don't remember, you said it just get delete once.  It probably not able to fit in there so I cannot have it fitting this disk space.  So it's not holding on the SSD card.  So that's why I delete.  I don't remember exactly, but you can ask further question.  I don't know what is that.

Q.  Do you have any reason to dispute that you put onto the SSD card and then immediately removed or almost immediately removed this ubuntu1804 file of this massive logical size of 388 billion?

MR. BRENNAN:  Objection.

Q.  (BY MR. ELKON)  Do you have any reason to dispute that you did that, putting the large ubuntu file onto the device and then immediately taking it off?

MR. BRENNAN:  Objection stands.

THE WITNESS:  I don't remember exactly at a time deleting it in there, so -- and I can have different reason for that one.  It's all technical reasons.  But I don't want to have -- I don't know how to dispute or not dispute.  So I don't know.  So I don't remember this.

Q.  (BY MR. ELKON)  You don't remember whether or

Page 239

not you did that?

    A.  I don't remember a particular reason why I deleted that one.

    Q.  And then similarly there is Untuntu up above it.  That's also of like a significant size.  If you look at logical size it's 94 billion.  Do you see that?

    A.  Yeah, it's called ubuntu too, I just mistyped it.  So it's under the virtual box, so different revision.  So revision 1804, another revision 2004. People working in the Linux world they typically in different release version.  So it's a whole different OS.  You are running multiple OS on that one in there.

    So what you try to say?  I cannot creating this big file or why I delete it or --

    Q.  (BY MR. ELKON)  My question is, first of all: Do you have any reason to dispute that you put this very large file onto the external storage device and then immediately deleted it?

    MR. BRENNAN:  Objection.

    THE WITNESS:  I can only answer what I can think about reason for deleting it, but I cannot assume that one.  So I cannot.  I don't remember why it was deleted in there.  And how you see it's deleted?  I don't remember how you see this.

    Q.  (BY MR. ELKON)  Under File Deleted.

Page 240

A.  Under File Deleted, it's not checked.  Why is it deleted?

MR. BRENNAN:  Okay.  George, Michael has a finite amount of time left.  Just answer his question. I don't want to use his remaining time to not have you answer his question.

THE WITNESS:  What is the question?

Q.  (BY MR. ELKON)  The question is, you referenced earlier that there could be technical reasons to put on and then immediately take off a very large file onto this external hard drive.  What would those technical reasons be?

A.  If this storage is not enough to holding that one, it will expand, this virtual box will expand it when you adding more software in there developing things in there.  It's grow.  It's a dynamic space.  I don't -- that is all I answer.

But I don't see where it's deleted anyway, if you believe that one is deleted, yes.  But not is deleted, is not -- do you see that one -- just for your information, line 20 Is Deleted is not yes.  Above is yes.  So I don't understand.  Sorry about that.  Column F.

Q.  Right, I'm looking at it.  But you put it on there and then immediately the next entry is that it's