**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE LORDSTOWN MOTORS CORP.
SECURITIES LITIGATION

Case No. 4:21-cv-00616 (PAG)

**CLASS ACTION**

### [PROPOSED] ORDER

Upon considering of the motion Lead Plaintiff George Troicky ("Lead Plaintiff"), and additional named Plaintiffs Daniel Tavares, Globestar Systems Inc., Ashith Pabbathi, and FNY Managed Accounts LLC (together, "Plaintiffs"), filed on October 14, 2021 (the "Motion") seeking entry of an order, pursuant to 15 U.S.C. § 78u-4(b)(3)(B), partially lifting the PSLRA discovery stay and permitting Plaintiffs to make particularized discovery requests of Defendant Lordstown Motors Corp. ("Defendant"), it is hereby ORDERED that:

(A)  Plaintiffs may promptly serve particularized discovery requests on Defendant Lordstown Motors Corp. within the categories detailed in the Motion; or

(B)  Defendant Lordstown Motors Corp. is hereby ORDERED to preserve all potentially relevant documents as detailed in the Motion.

Dated: _____, 2021

_____
Hon. Patricia A. Gaughan
CHIEF JUDGE, UNITED STATES
DISTRICT COURT, N.D. OHIO