**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE LORDSTOWN MOTORS CORP.
SECURITIES LITIGATION

-------------------------------------------------------

This Document Relates to:

ALL ACTIONS.

CASE NO.: 4:21-CV-00616 (PAG)

JUDGE PATRICIA A. GAUGHAN

**DECLARATION OF DOUGLAS L. SHIVELY IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO PLAINTIFFS' MOTION TO PARTIALLY LIFT PRIVATE**
**SECURITIES LITIGATION REFORM ACT DISCOVERY STAY**

I, DOUGLAS L. SHIVELY, submit this declaration pursuant to 28 U.S.C. § 1746 in support of Defendants' Opposition to Plaintiffs' Motion to Partially Lift Private Securities Litigation Reform Act Discovery Stay:

1.      I am a partner in the BakerHostetler law firm, counsel for Defendants Lordstown Motors Corp., Lordstown EV Corporation, Stephen S. Burns, Shane Brown, Caimin Flannery, David T. Hamamoto, Julio Rodriguez, Rich Schmidt, and Darren Post.

2.      I have personal knowledge of the facts state herein, and, if called as a witness, could and would competently testify to them under oath.

3.      In connection with this litigation and the disclosed investigation by the U.S. Securities and Exchange Commission, Lordstown has issued a broad document preservation notice.

4.      On October 30, 2020, non-party Karma Automotive LLC ("Karma") commenced a trade secrets misappropriation action against Lordstown and various individual defendants in the United States District Court, Central District of California, under the case caption: *Karma Automotive LLC v. Lordstown Motors Corp., et al.*, Case No. 20-cv-2104-JV-DFM (C.D. Cal.) (the "*Karma* Action").

5.      On August 16, 2021, Karma filed a motion for sanctions for spoliation of evidence.  The defendants in the *Karma* Action, including Lordstown, filed their opposition to the motion on August 30, 2021.  Karma filed its reply on September 7, 2021.  Attached hereto as **Exhibit A** is a true and correct copy of the Defendants' Opposition to Plaintiffs' Motion for Sanctions ("LMC Karma Opp.").

6.      On September 16, 2021, the *Karma* Court issued an order denying in part and granting in part Karma's application for sanctions.  Attached hereto as **Exhibit B** is a true and correct copy of the *Karma* Court's September 16, 2021 Order ("*Karma* Order").

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 28, 2021.

/s/ Douglas L. Shively
Douglas L. Shively