**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| IN RE LORDSTOWN MOTORS CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00616 (PAG) <br><br> JUDGE PATRICIA A. GAUGHAN |

### JOINT STIPULATION REGARDING SERVICE

Lead Plaintiff George Troicky ("Lead Plaintiff"), by and through his counsel, and Lordstown EV Corporation F/K/A Lordstown Motors Corp., Shane Brown, Caimin Flannery, David T. Hamamoto, and Darren Post (the "Additional Defendants"), by and through their counsel, hereby stipulate and agree to the following matters:

WHEREAS, on April 13, 2021, the Court issued an Order affirming, among other things, that Defendants Lordstown Motors Corp. F/K/A DiamondPeak Holding Corp., Stephen S. Burns, Rich Schmidt, and Julio Rodriguez (the "Original Defendants," and with Additional Defendants, the "Defendants") expressly agree to accept service of process.  ECF No. 10.

**WHEREAS**, on June 17, 2021, the Court issued an Order appointing George Troicky as Lead Plaintiff and approving his selection of Labaton Sucharow LLP as Lead Counsel.  ECF No. 47.

**WHEREAS**, on July 6, 2021, the Court issued a Scheduling Order (the "Scheduling Order"), mandating the following for Lead Plaintiff and Original Defendants (ECF No. 54):

1. The above-captioned action will be renamed as the following: *In re Lordstown Motors Corp. Securities Litigation*, Case No. 4:21 CV 616.

2. Lead Plaintiff shall file an amended complaint by September 10, 2021.

3.  Original Defendants will move to dismiss or otherwise respond to the amended complaint by November 9, 2021, or such other date set by the Court.

4.  Lead Plaintiff will file its opposition to the Motion(s) to Dismiss by January 17, 2022, or such other date set by the Court.

5.  Original Defendants will file their reply or replies to the opposition to the Motion(s) to Dismiss by March 3, 2022, or such other date set by the Court.

6.  The hearing on the Motion(s) to Dismiss will be set by the Court.

**WHEREAS**, on September 10, 2021, Lead Plaintiff and additional named Plaintiffs Daniel Tavares, Globestar Systems Inc., Ashith Pabbathi, and FNY Managed Accounts LLC (together, "Plaintiffs") filed the Consolidated Amended Complaint (the "Complaint") against Defendants. ECF No. 61.

**WHEREAS**, the Parties have conferred on the prospects of accepting service of the Complaint.

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for Lead Plaintiff and Additional Defendants, as follows:

1.  Undersigned counsel for Additional Defendants hereby consent to, and accept service of the summons and Complaint in the Action, without prejudice to, or waiver of, any defenses, objections, or arguments, except as to sufficiency of service of process.

2.  Undersigned counsel for Additional Defendants hereby consent to, and join, the motion to dismiss briefing schedule that was ordered upon Lead Plaintiff and Original Defendants in the Scheduling Order.

3.  Undersigned counsel for Plaintiffs and Defendants agree to accept service of any documents in this action at the email addresses listed in their signature blocks below.

2

Respectfully submitted,

**LABATON SUCHAROW LLP**

By: /s/ *Carol C. Villegas*

Carol C. Villegas (*admitted pro hac vice*)
Christine M. Fox (*admitted pro hac vice*)
David J. Schwartz (*admitted pro hac vice*)
Jake Bissell-Linsk (*admitted pro hac vice*)
Charles M. Farrell (*admitted pro hac vice*)
140 Broadway, 34th Floor
New York, NY  10005
Telephone: (212) 907-0700
Email: cvillegas@labaton.com
Email: cfox@labaton.com
Email: dschwartz@labaton.com
Email: jbissell-linsk@labaton.com
Email: cfarrell@labaton.com

***Counsel for Lead Plaintiff***
***George Troicky and Lead***
***Counsel for the Class***

**THE SCHALL LAW FIRM**

Brian Schall *(pro hac vice pending)*
2049 Century Park East, Suite 2460
Los Angeles, CA 60067
Telephone: (424) 303-1964
Email: brian@schallfirm.com
Email: rina@schallfirm.com

***Additional Counsel for Lead***
***Plaintiff George Troicky***

**BAKER & HOSTETLER LLP**

By: /s/ *Douglas W. Greene*

Douglas W. Greene (*admitted pro hac vice*)
999 Third Avenue, Suite 3900
Seattle, WA 9814
Telephone: (206) 332-1380
Email: dgreene@bakerlaw.com
Facsimile: (206) 624-7317

Douglas L. Shively (0094065)
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: dshively@bakerlaw.com

***Counsel for Defendants Lordstown Motors***
***Corp. F/K/A DiamondPeak Holding Corp.***
***("LTM"), Lordstown EV Corporation F/K/A***
***Lordstown Motors Corp., Stephen S. Burns,***
***Shane Brown, Caimin Flannery, David T.***
***Hamamoto, Julio Rodriguez, Rich Schmidt,***
***and Darren Post***

**IT IS SO ORDERED.**

DATED: __10/29/21__

 /s/ Patricia A. Gaughan
HON. PATRICIA A. GAUGHAN
United States District Judge
Chief Judge

3