**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| IN RE LORDSTOWN MOTORS CORP. SECURITIES LITIGATION | Case No. 4:21-cv-00616 (PAG) <br><br> <u>**CLASS ACTION**</u> |

**JOINT STIPULATION AND ORDER**

Lead Plaintiff George Troicky, by and through his counsel, and Lordstown Motors Corp., Stephen S. Burns, Rich Schmidt, and Julio Rodriguez, by and through their counsel, hereby stipulate and agree to the following matters:

WHEREAS, on November 30, 2021, the Court denied Plaintiffs' Motion for a Partial Lifting of the PSLRA Discovery Stay Pursuant to 15 U.S.C. § 78u-4(b)(3)(B) and directed the Parties to meet and confer in order to submit a proposed document preservation order. ECF No. 71; and

WHEREAS, the Parties have met and conferred regarding the terms of a proposed document preservation order;

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, hereby agree and stipulate, and respectfully request that the Court order, that Defendants are required to preserve all relevant documents, including the following:

1. **Time period**. Documents from June 1, 2019, to the present.

2. **Subject of Information**. All information relevant to the allegations in this Action, including, all versions or iterations of any document regarding: (1) orders, preorders, reservations, or indications of interest of the Endurance; (2) Lordstown's sales practices; (3) Lordstown's financial condition; (4) public communications or private communications with analysts, journalists or market participants; (5) the diligence

performed by any prospective acquiror or financier of Lordstown; (6) any internal investigation, external investigation (e.g., by the SEC or DOJ), or any internal complaint; (7) the Hindenburg Report; (8) Lordstown's production capabilities, production timeline, productions costs and arrangements with suppliers or other vendors; (9) Defendants' financial incentives or compensation; (10) the Merger between DiamondPeak Holding Corp. and Lordstown and any related financing; and (11) Defendants' spoliation or destruction of any documents relevant to this Action or the *Karma* Action.

3. **Types of Documents**. All forms of documents routinely preserved or produced in discovery, including: hard copy documents, such as physical files, print outs, and home files; network share drives and other cloud-based servers; file storage systems and archives; databases; personal computers, files stored on phones, external or portable storage, including external hard drives and USB; emails, text messages, iMessages, and all other means of electronic messaging, including WhatsApp, MS Teams, Slack, Google Chat; phone records; and calendars and scheduling invitations.

**IT IS SO STIPULATED.**

Dated: January 11, 2022

*/s/ Carol C. Villegas*

**LABATON SUCHAROW LLP**
Carol C. Villegas (admitted *pro hac vice*)
David J. Schwartz (admitted *pro hac vice*)
Jake Bissell-Linsk (admitted *pro hac vice*)
140 Broadway, 34th Floor
New York, NY 10005
Telephone: (212) 907-0700
Email: cvillegas@labaton.com
Email: dschwartz@labaton.com
Email: jbissell-linsk@labaton.com

*Counsel for Lead Plaintiff George Troicky and Lead Counsel for the Class*

*/s/ Douglas L. Shively*

**BAKER & HOSTETLER LLP**
Douglas W. Greene
Email: dgreene@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111-0100
Phone: (212) 589-4200
Fax: (212) 589-4201

Douglas L. Shively
Email: dshively@bakerlaw.com
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740

*Attorneys for Defendants Lordstown Motors Corp., Stephen S. Burns, Rich Schmidt, and Julio Rodriguez*

**IT IS SO ORDERED.**

DATED: ____January 11___, 2022

\_\_\_/s/ Patricia A. Gaughan_____
PATRICIA A. GAUGHAN
United States District Judge
Chief Judge