# EXHIBIT A

Internet/ECM/ECF Live Database

United States Bankruptcy Court
District of Delaware

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 11 of the United States Bankruptcy Code,
entered on 06/27/2023 at 12:09 AM and filed on 06/26/2023.

**Lordstown Motors Corp.**
27000 Hills Tech Court
Farmington Hills, MI 48331
Tax ID / EIN: 83-2533239
*aka* **DiamondPeak Holdings Corp.**



The case was filed by the debtor's attorney:

**Kevin Gross**
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7815

The case was assigned case number 23-10831.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page www.deb.uscourts.gov or at the Clerk's Office, 824 Market Street, 3rd Floor, Wilmington, DE
19801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Una O'Boyle**
**Clerk, U.S. Bankruptcy Court**

---

| PACER Service Center |
|:---:|
| **Transaction Receipt** |

Case: 4:21-cv-00616-DAR  Doc #: 78-1 Filed: 06/28/23  3 of 3.  PageID #: 2631

| 06/27/2023 00:28:04 | | | |
|---|---|---|---|
| **PACER Login:** | rjiszuba | **Client Code:** | 1902563-0002 |
| **Description:** | Notice of Filing | **Search Criteria:** | 23-10831 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |