**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE LORDSTOWN MOTORS CORP. SECURITIES LITIGATION | Case No.: 4:21-CV-00616 (PAG) |
| | Judge: Patricia A. Gaughan |
| This Document Relates to: ALL ACTIONS | CLASS ACTION |

**AMENDED SUGGESTION OF BANKRUPTCY**
**AND NOTICE OF THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that, on June 27, 2023 (the "Petition Date"), Defendant Lordstown Motors Corp. ("LMC") and certain of its affiliates, including Defendant Lordstown EV Corp. (collectively, the "Debtors"), each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), which chapter 11 cases are being jointly administered under case number 23-10831 (the "Chapter 11 Cases").  A true and correct copy of the Notice of Bankruptcy Case Filing is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 362(a) of the Bankruptcy Code, the commencement of the chapter 11 cases operates as a stay (the "Automatic Stay"), applicable to all of the Debtors of, among other things, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title."  11 U.S.C. § 362(a)(1).  As such, prosecution of any

and all claims asserted against the Debtors in the above-captioned action is subject to the Automatic Stay.[1]

PLEASE TAKE FURTHER NOTICE that actions taken in violation of the Automatic Stay are void and may subject the person or entity taking such action to the imposition of sanctions by the Bankruptcy Court.

If you have any questions regarding this notice, please contact the undersigned.

Dated: July 11, 2023

Respectfully submitted,

s/ Douglas L. Shively
**BAKER & HOSTETLER LLP**
Douglas W. Greene
Erica Barrow
Email: dgreene@bakerlaw.com
Email: ebarrow@bakerlaw.com
45 Rockefeller Plaza, 14th Floor
New York, NY 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201

Douglas L. Shively
Email: dshively@bakerlaw.com
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114 T
Telephone:  216.621.0200
Facsimile:  216.696.0740

*Attorneys for Defendants*

---

[1]  This Amended Suggestion of Bankruptcy and Notice of Automatic Stay is being filed at the direction of the Bankruptcy Court to remove the third paragraph from LMC's original Suggestion of Bankruptcy and Notice of Automatic Stay filed on June 28, 2023 (Docket No. 78).