**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE LORDSTOWN MOTORS CORP.
SECURITIES LITIGATION

Case No. 4:21-cv-00616 (DAR)

**CLASS ACTION**

**[PROPOSED] ORDER**

Upon considering of the motion Lead Plaintiff George Troicky ("Lead Plaintiff"), and additional named Plaintiffs Daniel Tavares, Globestar Systems Inc., Ashith Pabbathi, and FNY Managed Accounts LLC (together, "Plaintiffs"), filed on December 11, 2024, seeking leave to file a consolidated second amended complaint, it is hereby ORDERED that:

Plaintiffs' motion for leave to file a second amended complaint is granted.  Plaintiffs shall file a second amended complaint that is substantially the same as the proposed second amended complaint attached to Plaintiffs' December 11, 2024 motion, within three business days of this Order.

Dated: _____, 2024

_____
Hon. David A. Ruiz
UNITED STATES DISTRICT JUDGE