IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE LORDSTOWN MOTORS CORP. SECURITIES LITIGATION | CASE NO.: 4:21-CV-00616 (DAR) |
| ------------------------------------------------------ | JUDGE DAVID A. RUIZ |
| This Document Relates to: | CLASS ACTION |
| ALL ACTIONS. | |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFFS' CONSOLIDATED SECOND AMENDED COMPLAINT

Pursuant to Rule 12(b)(6), Rule 9(b), and the Private Securities Litigation Reform Act, Defendants Stephen Burns, Julio Rodriguez, Caimin Flannery, Shane Brown, Rich Schmidt, and Darren Post hereby respectfully move the Court to dismiss the Plaintiffs' Consolidated Second Amended Complaint (Dkt. #83). In support of this motion, Defendants submit concurrently herewith a Memorandum of Law; a Request for Judicial Notice; and the Declaration of Douglas W. Greene, and exhibits thereto.

Dated: June 6, 2025

Respectfully submitted,

_s/ Douglas W. Greene_
**BAKER & HOSTETLER LLP**
Douglas W. Greene
Zachary R. Taylor (_pro hac vice_ pending)
Email:   dgreene@bakerlaw.com
            ztaylor@bakerlaw.com
45 Rockefeller Plaza, 14th Floor
New York, NY  10111
Telephone:   212.589.4200
Facsimile:    212.589.4201

Douglas L. Shively
Email: dshively@bakerlaw.com
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740

_Attorneys for Defendants_

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on June 6, 2025. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Douglas W. Greene*
Douglas W. Greene

*An Attorney for the Defendants*